KILPATRICK TOWNSEND & STOCKTON LLP
JON MICHAELSON (SBN 83815)
jmichaelson@kilpatricktownsend.com
SCOTT E. KOLASSA (SBN 294732)
skolassa@kilpatricktownsend.com
FRANCES B. COX (SBN 133696)
ncox@kilpatricktownsend.com
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650 326 2400
Facsimile: 650 326 2422

Attorneys for Plaintiff
SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD.

DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
ZAC A. COX (SBN 283535)
zcox@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants
REARDEN, LLC, REARDEN MOVA, LLC, MO2, LLC, MOVA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD.,

Plaintiff,

v.

REARDEN LLC; REARDEN MOVA, LLC, MO2, LLC, MOVA, LLC,

Defendants.

Case No. 3:15-cv-00797-SC

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME**

Date: August 28, 2015
Time: 10:00 a.m.
Ctrm: 1, 17th Floor
Judge: Honorable Samuel Conti

At the May 29, 2015 Case Management Conference, as confirmed in the minute entry that issued following that conference (Dkt. No. 28), the Court set the hearing on Defendants' Motion for Summary Judgment for August 28, 2015. The Court also approved the schedule set forth in the parties' Joint Case Management Statement (Dkt. No. 26), where the parties agreed to the following schedule for briefing:

| | **May 22, 2015 Joint Case Management Statement, p. 13** |
|---|---|
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment | July 31, 2015 |
| Defendants' Reply in Support of its Motion for Summary Judgment | August 14, 2015 |

Defendants served Plaintiff with Defendants' Motion for Summary Judgment on Defendants' Counterclaim for Declaratory Relief on June 1, 2015, and filed that motion on June 10, 2015. (Dkt. No. 35.) Pursuant to Local Rule 6-1(b), Plaintiff Shenzhenshi Haitiecheng Science And Technology Co., Ltd. and Defendants Rearden LLC; Rearden Mova, LLC, MO2, LLC, Mova, LLC, by and through their respective attorneys, hereby stipulate to extend the deadline to file an opposition and reply to Defendants' Motion for Summary Judgment on Defendants' Counterclaim for Declaratory Relief to the dates they agreed upon in their Joint Case Management Statement.

| | **Current deadline in ECF** | **Proposed deadline (per the parties' May 22, 2015 Joint Case Management Statement)** |
|---|---|---|
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment | June 24, 2015 | July 31, 2015 |
| Defendants' Reply in Support of its Motion for Summary Judgment | July 1, 2015 | August 14, 2015 |

The parties respectfully request an order pursuant to this stipulation.

//

//

//

//

//

Dated: July 14, 2015

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Frances B. Cox*
JON MICHAELSON
SCOTT E. KOLASSA
FRANCES B. COX

Attorneys for Plaintiff
SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD.

Dated: July 14, 2015

DURIE TANGRI LLP

By: */s/ Zac A. Cox*
RAGESH K. TANGRI
JOSEPH C. GRATZ
ZAC A. COX

Attorneys for Defendants
REARDEN, LLC, REARDEN MOVA, LLC, MO2, LLC, MOVA, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 07/17/2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Samuel Conti