```
 1  KILPATRICK TOWNSEND & STOCKTON LLP
    JON MICHAELSON (State Bar No. 83815)
 2  jmichaelson@kilpatricktownsend.com
    SCOTT KOLASSA (State Bar No. 294732)
 3  skolassa@kilpatricktownsend.com
    FRANCES B. COX (State Bar No. 133696)
 4  ncox@kilpatricktownsend.com
    1080 Marsh Road
 5  Menlo Park, CA  94025
    Telephone:   650 326 2400
 6  Facsimile:    650 326 2422

 7  Attorneys for Plaintiff and Counterclaim
    Defendant SHENZHENSHI HAITIECHENG
 8  SCIENCE AND TECHNOLOGY CO., LTD.
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,<br><br>Plaintiff,<br><br>v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 3:15-cv-00797 SC<br><br>**[PROPOSED] ORDER RE PLAINTIFF SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     August 28, 2015<br>Time:    10:00 a.m.<br>Ctrm:    1, 17th Floor<br>Judge:   Hon. Samuel Conti |

Now before the Court is Plaintiff Shenzhenshi Haitiecheng Science and Technology Co., Ltd.'s ("SHST") Administrative Motion to File Documents Under Seal. Upon consideration of the motion and the supporting declaration of Scott Kolassa filed therewith, and GOOD CAUSE



[PROPOSED] ORDER RE PLAINTIFF'S ADMIN MOTION TO FILE DOCUMENTS UNDER SEAL IN
SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT       - 1 -
CASE NO. 3:15-CV-00797 SC

having been shown, the Court finds that Plaintiff SHST may file under seal the following documents:

| Exhibit No. | Portions Sought to be Sealed |
|---|---|
| Exhibit 2 to the Declaration of Greg LaSalle in Opposition to Defendants' Motion for Summary Judgment | Entire document |
| Exhibit 4 to the Declaration of Greg LaSalle in Opposition to Defendants' Motion for Summary Judgment | Entire document |
| Exhibit 5 to the Declaration of Greg LaSalle in Opposition to Defendants' Motion for Summary Judgment | Entire document |
| Exhibit 6 to the Declaration of Greg LaSalle in Opposition to Defendants' Motion for Summary Judgment | Entire document |
| Exhibit 1 to the Declaration of Jon Michaelson in Opposition to Defendants' Motion for Summary Judgment | Page 85 |
| Exhibit 2 to the Declaration of Jon Michaelson in Opposition to Defendants' Motion for Summary Judgment | Pages 19, 66 |

IT IS SO ORDERED:

Dated: August 19, 2015

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE



[PROPOSED] ORDER RE PLAINTIFF'S ADMIN MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:15-CV-00797 SC

- 2 -