DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
ZAC A. COX (SBN 283535)
zcox@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendants
REARDEN, LLC, REARDEN MOVA, LLC,
MO2, LLC, MOVA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>REARDEN LLC; REARDEN MOVA, LLC, MO2, LLC, MOVA, LLC,<br><br>　　　　　　　　Defendants. | Case No. 3:15-cv-00797-SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS REARDEN, LLC, REARDEN MOVA, LLC, MO2, LLC, AND MOVA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Ctrm:　1, 17th Floor<br>Judge:　Honorable Samuel Conti |

As set forth in Defendants' Administrative Motion to File Under Seal, Defendants lodged with the Court the documents listed below.

IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED as follows:

1. Defendants may file under seal the following documents:

| Document | Portions |
|---|---|
| **Portions of Defendants' Reply to Plaintiff Shenzhenshi's Opposition to Defendants' Motion For Summary Judgment** | Footnote 13, Page 6: Salary information of Greg LaSalle and Ken Pearce <br><br> Footnotes 20 and 21, Page 8: Language quoted directly from Exhibits B and C to the Declaration of Stephen G. Perlman in Support of Motion for Summary Judgment |

2. No persons other than the Court and counsel of record are authorized to inspect the above-listed record filed under seal.

**IT IS SO ORDERED.**

Dated: August 19, 2015

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

---

1
[PROPOSED] ORDER GRANTING DEFENDANTS' ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 3:15-CV-00797-SC

**CERTIFICATE OF SERVICE**

I, Zac A. Cox, hereby certify that on August 14, 2015 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Zac A. Cox*
ZAC A. COX