UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> REARDEN LLC, et al., <br><br> Defendants. | Case No. 15-cv-00797-JST <br><br> **SCHEDULING ORDER** <br><br> Re: ECF No. 65 |

On January 25, 2016, the parties filed a Stipulated Request to Extend Deadlines and to Continue Date for Case Management Conference. ECF No. 65. The Court hereby grants the parties' request to extend the deadline to add parties or amend the pleadings from January 29, 2016 to February 12, 2016. The Court will also continue the February 12, 2016 Case Management Conference to March 2, 2016 at 2:00 p.m. The parties shall submit competing schedules or a joint case schedule that includes a discovery cutoff date and what additional discovery is needed, per ECF No. 60, by February 24, 2016.

IT IS SO ORDERED.

Dated: January 25, 2016

JON S. TIGAR
United States District Judge