KILPATRICK TOWNSEND & STOCKTON LLP
JON MICHAELSON (SBN 83815)
jmichaelson@kilpatricktownsend.com
SCOTT KOLASSA (SBN 294732)
skolassa@kilpatricktownsend.com
FRANCES B. COX (SBN 133696)
ncox@kilpatricktownsend.com
1080 Marsh Road
Menlo Park, CA  94025
Telephone:   650 326 2400
Facsimile:    650 326 2422

Attorneys for Plaintiff SHENZHENSHI HAITIECHENG
SCIENCE AND TECHNOLOGY CO., LTD.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,<br><br>Plaintiff,<br><br>v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>Defendants. | Case No.  4:15-cv-00797 JST<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS AND [PROPOSED] ORDER THEREON**<br><br>Judge:          Honorable Jon S. Tigar<br><br>Action Filed:  February 20, 2015 |

Pursuant to Civil Local Rule 6-1(b), Plaintiff Shenzhenshi Haitiecheng Science and Technology Co., Ltd. ("Plaintiff") and Defendants' Rearden, LLC, Rearden Mova, LLC, MO2, LLC, and Mova, LLC (collectively "Defendants") stipulate and agree to extend the time by which Plaintiff has to answer and otherwise respond to Defendants' Amended Counterclaims.

## STIPULATION

WHEREAS, Plaintiff filed this action on February 20, 2015;

WHEREAS, Defendants served their Answer and Amended Counterclaims on February 12,

---
---

2016;

WHEREAS, Plaintiff is required to answer or otherwise respond to Defendants' Counterclaims by February 26, 2016;

WHEREAS, at the request of Plaintiff, Defendants and Plaintiff stipulate and agree that Plaintiff may have an extension until March 14, 2016 to answer or otherwise respond to Defendants' Counterclaims;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by the Court;

ACCORDINGLY, Plaintiff and Defendants hereby stipulate to an extension of time to March 14, 2016 for Plaintiff to answer or otherwise respond to Defendants' Amended Counterclaims.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  February 23, 2016        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Scott Kolassa*
SCOTT KOLASSA

Attorneys for Plaintiff SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD.

Dated:  February 23, 2016        Respectfully submitted,

TURNER BOYD LLP


By: */s/ Jennifer Seraphine*
KAREN I. BOYD
JENNIFER SERAPHINE
ZHUANJIA GU

Attorneys for Defendants REARDEN, LLC, REARDEN MOVA, LLC, MO2, LLC, and MOVA, LLC

1 **IT IS SO ORDERED.**

2 Dated:  February 24, 2016

