1
2
3
4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    SHENZHENSHI HAITIECHENG                   Case No.  15-cv-00797-JST   (SK)
     SCIENCE AND TECHNOLOGY CO.,
8    LTD.,
                                               **NOTICE OF REFERRAL FOR**
9              Plaintiff,                       **DISCOVERY**

10        v.

11   REARDEN LLC, et al.,

12             Defendants.

13   TO ALL PARTIES AND COUNSEL OF RECORD:

14        This case has been referred to Magistrate Judge Sallie Kim for discovery.  The parties must

15   comply with the Standing Order for Magistrate Judge Kim, which is attached and available on the

16   Court's website at http://www.cand.uscourts.gov/sk.

17        The parties are advised that the Court will only address discovery disputes that are

18   presented by a joint letter brief in compliance with the Court's Standing Order after the parties

19   have meet and conferred.  If the parties filed a discovery motion brief before this matter was

20   referred to the undersigned, the motion is HEREBY DENIED without prejudice.  If the parties

21   filed a joint letter brief, within three days from issuance of this Notice the parties shall file a joint

22   statement verifying that they have complied with the meet and confer requirement of the Standing

23   Order, prior to filing the letter.  In the absence of such a statement, the request made through the

24   joint letter brief is HEREBY DENIED without prejudice to filing a joint letter in compliance with

25   the Court's Standing Order.

26   ///

27   ///

28   ///

United States District Court
Northern District of California

1    Please contact the Courtroom Deputy Clerk Melinda Lozenski at (415) 522-4158 with any

2  questions.

3    **IT IS SO ORDERED**.

4  Dated: March 3, 2016

5  

6  SALLIE KIM
   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2