UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> REARDEN LLC, et al., <br><br> Defendants. | Case No. 15-cv-00797-JST (SK) <br><br> **ORDER SCHEDULING HEARING RE JOINT LETTER BRIEF OF MARCH 1, 2016** <br><br> Regarding Docket No. 78 |

TO ALL PARTIES OF RECORD:

Plaintiff Shenzhenshi Haitiecheng Science and Technology Co., Ltd. and Defendants Rearden LLC, Rearden Mova LLC, MO2 LLC, and MOVA LLC are hereby ordered to attend a hearing regarding the parties' discovery dispute described in Docket No. 78. The hearing shall take place on Wednesday, March 30, 2015 at 9:30 a.m. before Magistrate Judge Sallie Kim in Courtroom A of the above-referenced Court.

No later than Monday, March 7, 2016 at 12:00 p.m. PST, the parties shall submit the relevant exhibits referenced in the footnotes of the letter brief, e.g., the portion of the Defendant's privilege log, noted at footnote 2, to the judge's chambers at the following email address: SKPO@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: March 3, 2016

_____
SALLIE KIM
United States Magistrate Judge