1
2
3
4

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD, <br><br>  Plaintiff, <br><br> v. <br><br> REARDEN, LLC, et al. <br><br>  Defendants. | Civil Action No. 15-cv-00797 JST <br><br> **[PROPOSED]** ORDER STAYING OBLIGATION OF PLAINTIFF TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS <br><br> Re:  ECF No. 76 |

By agreement of the parties, Plaintiff's obligation to respond to Defendants' Amended Counterclaims, ECF No. 76, is stayed until fifteen (15) days following final decision by the Court on the parties' declaratory relief claims or until further order of this Court.

IT IS SO ORDERED:

Dated: March 4, 2016



_____
JON S. TIGAR
United States District Judge

68259388V.1

[PROPOSED] ORDER STAYING OBLIGATION OF PLAINTIFF TO RESPOND TO AMENDED COUNTERCLAIMS; CASE NO. 15-CV-00797 JST

