UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> REARDEN LLC, REARDEN MOVA LLC, MO2 LLC, MOVA LLC <br><br> Defendant. | Case No. 3:15-cv-00797-JST <br><br> **ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME** |

The Court has received the parties' request to extend the time for parties to submit relevant exhibits on March 7, 2016 at 12:00 pm PST, pursuant to the Court's Order (D.I. 82). The parties have requested that they be permitted to submit relevant exhibits, including Defendants' privilege log, to the Court on March 14, 2016 at 12:00 pm PST, so that the Defendants may first revise their privilege log to conform to the specific requirements set forth in this Court's Standing Order.

The Court having considered the joint request, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

The parties' joint request for extension is hereby GRANTED. Documents should be submitted by March 14, 2016 at 12:00 pm PST.

Further, in response to Defendants' request for guidance as to the identification of an email document in the privilege log, the Court requires that the log identify the document by date, sender and recipient(s) and subject matter.

**IT IS SO ORDERED.**

Dated: March 7, 2015

*Sallie Kim*

THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE