1   KILPATRICK TOWNSEND & STOCKTON LLP
    JON MICHAELSON (SBN 83815)
2   jmichaelson@kilpatricktownsend.com
    SCOTT E. KOLASSA (SBN 294732)
3   skolassa@kilpatricktownsend.com
    FRANCES B. COX (SBN 133696)
4   ncox@kilpatricktownsend.com
    1080 Marsh Road
5   Menlo Park, CA  94025
    Telephone:   650 326 2400
6   Facsimile:   650 326 2422

7   Attorneys for Plaintiff
    SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD.
8

9   Karen I. Boyd (State Bar No. 189808)
    boyd@turnerboyd.com
    Jennifer Seraphine (State Bar No. 245463)
10  seraphine@turnerboyd.com
    Zhuanjia Gu (State Bar No. 244863)
11  gu@turnerboyd.com
    TURNER BOYD LLP
12  702 Marshall Street, Suite 640
    Redwood City, California 94063
13  Telephone:  (650) 521-5930
    Facsimile:  (650) 521-5931
14

15  *Attorneys for Defendants*
    REARDEN LLC, REARDEN MOVA LLC,
16  MO2 LLC, MOVA LLC

17              **UNITED STATES DISTRICT COURT**

18        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's 21  Republic of China corporation, | Case No.  3:15-cv-00797 |
| 22        Plaintiff, | **STIPULATION AND JOINT MOTION TO SUBSTITUTE PARTY AND ~~[PROPOSED]~~ ORDER** |
| 23        v. | |
| 24  REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, 25  LLC, a California Limited Liability Company; MO2, LLC, a California Limited 26  Liability Company; and MOVA, LLC, a California Limited Liability Company, | |
| 27        Defendants. | |
| 28 | |

1      1.      Pursuant to Fed. R. Civ. P. 15(a) and Fed. R. Civ. P. 25(c), Shenzhenshi

2  Haitiecheng Science and Technology Co., Ltd. ("SHST") and Virtue Global Holdings Ltd.

3  ("Virtue Global") desire to amend the case caption to reflect Virtue Global's new status as

4  plaintiff in this action and to substitute parties accordingly.

5      2.      Plaintiff's counsel represents that since this action was filed, former plaintiff in this

6  action SHST transferred all of its interest in the MOVA Assets at issue in this case to Virtue

7  Global.

8      3.      Based on this representation, Defendants agree to substitution of Virtue Global as

9  Plaintiff in this case.  All rights and defenses with respect to any and all claims asserted by former

10  plaintiff SHST are reserved and shall apply equally as against Virtue Global.

11      4.      The parties further agree that SHST shall remain in the case as Counterclaim

12  Defendant, and that all counterclaims presently asserted by Defendants against SHST shall

13  continue as though pleaded against both Counterclaim Defendant SHST and plaintiff Virtue

14  Global.  This shall include the counterclaims stayed by this Court's Order Staying Obligation of

15  Plaintiff to Respond to Defendants' Amended Counterclaims, ECF No. 86.  Defendants reserve

16  the right to assert additional counterclaims against Counterclaim Defendant SHST and plaintiff

17  Virtue Global.

18      5.      The parties agree that the substitution of Virtue Global for SHST will not be a basis

19  on which SHST may object to discovery relating to ownership issues.

20      6.      No prejudice results from substitution of the party plaintiff because the Court has

21  not "even set a trial date yet."  Transcript of Proceedings before Judge Tigar on March 2, 2016 at

22  8:20.  Virtue Global and SHST agree not to seek additional time in the schedule based on the

23  substitution of Virtue Global as Plaintiff.

24      In accordance with the foregoing,

25      IT IS HEREBY STIPULATED by the parties that the case caption be amended to reflect

26  Virtue Global's new capacity as plaintiff and to identify SHST as a Counterclaim Defendant, and

27  that the Court order a substitution of parties relative thereto.

28

STIPULATION AND JOINT MOTION TO SUBSTITUTE PARTY AND [PROPOSED]
ORDER; CASE NO. 3:15-CV-00797                - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

DATED:  March 18, 2016    By: */s/ Scott E. Kolassa*
_____
Jon Michaelson
Scott E. Kolassa
Frances B. Cox

Attorneys for Plaintiff SHENZHENSHI
HAITIECHENG SCIENCE AND TECHNOLOGY
CO., LTD.

TURNER BOYD LLP

DATED:  March 18, 2016    By: */s/ Jennifer Seraphine*
_____
Karen I. Boyd
Jennifer Seraphine
Zhuanjia Gu

Attorneys for Defendants REARDEN LLC,
REARDEN MOVA LLC, MO2 LLC, MOVA LLC

68304707V.1

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS ORDERED that Virtue Global Holdings Limited

3

is substituted as plaintiff in place of Shenzenshi Haitecheng Science and Technology Co., Ltd, that

4

the case caption may be amended accordingly and to identify Shenzenshi Haitecheng Science and

5

Technology Co., Ltd. as a Counterclaim Defendant as follows:

6

7

VIRTUE GLOBAL HOLDINGS LIMITED,
a business company incorporated in the
British Virgin Islands,

Case No.  3:15-cv-00797

8

9

      Plaintiff,

10

      v.

11

REARDEN, LLC, a California Limited
Liability Company; REARDEN MOVA,
LLC, a California Limited Liability

12

Company; MO2, LLC, a California Limited
Liability Company; and MOVA, LLC, a

13

California Limited Liability Company,

14

      Defendants/Counterclaim Plaintiffs,

15

      v.

16

SHENZHENSHI HAITIECHENG SCIENCE
AND TECHNOLOGY CO., LTD., a People's

17

Republic of China corporation,

18

      Counterclaim Defendant.

19

20

21

**IT IS SO ORDERED.**

22

23

Dated: ___March 21, 2016___

24

_____
THE HON.
UNITED S...                    ...COURT JUDGE
Judge Jon S. Tigar

25

26

27

28

APPROVED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA