UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REARDEN LLC, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00797-JST<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: ECF No. 94 |

　　　　Defendants move to file under seal a portion of their Answer and Amended Counterclaims. ECF No. 94. Defendants seek to file under seal because Plaintiff has designated the material as confidential. Local Rule 79-5 requires that, within four days of the filing of the administrative motion to file under seal, Plaintiff file a declaration establishing that the designated material is sealable. Plaintiff failed to file a declaration in support of sealing within four days of March 18, 2016. Should Plaintiff not file its declaration by March 28, 2016, the Court will deny the motion to file under seal and Defendants may file the documents in the public record.

IT IS SO ORDERED.

Dated: March 23, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge