UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>REARDEN LLC, et al.,<br><br>    Defendants. | Case No.  15-cv-00797-JST   (SK)<br><br>**ORDER GRANDING IN PART AND DENYING IN PART REQUEST FOR REDACTION OF ORDER**<br><br>Regarding Docket Nos. 103, 108, 113 |

On April 5, 2016, this Court issued an order (Dkt. 103) regarding the parties' joint discovery letter brief (Dkt. 85).  The order was filed under seal pending further order of the Court because of a concern that confidential information was contained in the order.  (Dkt. 103.)  The Court directed the parties to jointly advise the Court which facts, if any, they contend should be redacted from the public version of this order and to provide the Court with the legal authority for such request.  *Id.*  The parties submitted a joint letter in which Plaintiff requested no redaction and the Defendants sought redaction of the entirety of the order.  On April 15, 2016, this Court denied the request to redact the entire order and provided Defendants with an opportunity to specify those portions of the order that should be redacted.  (Dkt. 108.)  On April 19, 2016, Defendants submitted a letter brief seeking redaction of a portion of the order.  (Dkt. 113.)  Having reviewed the Defendants' request, the Court grants in part and denies in part the Defendants' request for redaction.  Accordingly, a redacted order shall be issued.

    **IT IS SO ORDERED**.

Dated: April 20, 2016



SALLIE KIM
United States Magistrate Judge