| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>JON MICHAELSON (State Bar No. 83815)<br>jmichaelson@kilpatricktownsend.com<br>SCOTT E. KOLASSA (State Bar No. 294732)<br>skolassa@kilpatricktownsend.com<br>FRANCES B. COX (State Bar No. 133696)<br>ncox@kilpatricktownsend.com<br>1080 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:   650 326 2400<br>Facsimile:    650 326 2422<br><br>Attorneys for Plaintiff and Counterclaim Defendant VIRTUE GLOBAL HOLDINGS LIMITED and Counterclaim Defendant SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD. | TURNER BOYD LLP<br>KAREN I. BOYD (State Bar No. 189808)<br>boyd@turnerboyd.com<br>JENNIFER SERAPHINE (State Bar No. 245463)<br>seraphine@turnerboyd.com<br>ZHUANJIA GU (State Bar No. 244863)<br>gu@turnerboyd.com<br>702 Marshall Street, Suite 640<br>Redwood City, California 94063<br>Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931<br><br>Attorneys for Defendants REARDEN, LLC, REARDEN MOVA, LLC, MO2, LLC, MOVA, LLC |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Island,<br><br>Plaintiff,<br><br>v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Island; and SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,<br><br>Counterclaim Defendants. | Case No.  15-cv-00797 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATES**<br><br>Judge:         Honorable Jon S. Tigar<br>Courtroom:  9 - 19th Floor<br><br>Action Filed:  February 20, 2015 |

Pursuant to Federal Rule of Civil Procedure 29(b) and Civil Local Rule 6-2, Plaintiff Virtue Global Holdings Limited ("VGH" or "Plaintiff") and Counterclaim Defendants VGH and Shenzhenshi Haitiecheng Science and Technology Co. Ltd. (collectively "Counterclaim Defendants") on the one hand, and Defendants Rearden, LLC, Rearden Mova, LLC, MO2, LLC, and Mova, LLC (collectively "Defendants") on the other, hereby stipulate to extend certain discovery deadlines.

The parties hereby stipulate and agree:

- The deadline for Plaintiff and Counterclaim Defendants to respond to Defendants' Second Set of Interrogatories to Plaintiff (Nos. 17-19) and Defendants' Requests for Admissions (Nos. 1-56) is extended by one week, until May 2, 2016.

- The fact discovery cut-off date of June 3, 2016 (Dkt. 83) is extended by one week, until June 10, 2016.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 22, 2016          Respectfully submitted,

                               KILPATRICK TOWNSEND & STOCKTON LLP


                               By: */s/ Scott Kolassa*
                                   SCOTT KOLASSA

                                   Attorneys for Plaintiff SHENZHENSHI
                                   HAITIECHENG SCIENCE AND TECHNOLOGY
                                   CO., LTD.


Dated: April 22, 2016          Respectfully submitted,

                               TURNER BOYD LLP


                               By: */s/ Karen I. Boyd*
                                   KAREN I. BOYD
                                   JENNIFER SERAPHINE
                                   ZHUANJIA GU

                                   Attorneys for Defendants REARDEN, LLC,
                                   REARDEN MOVA, LLC, MO2, LLC, and
                                   MOVA, LLC

STIPULATION AND ORDER EXTENDING TIME FOR CERTAIN DISCOVERY
DEADLINES; CASE NO. 15-CV-00797 JST                                      - 1 -

**IT IS SO ORDERED.**

Dated: April 26, 2016

