UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRTUE GLOBAL HOLDINGS LIMITED,

   Plaintiff,

  v.

REARDEN LLC, et al.,

   Defendants.

Case No. 15-cv-00797-JST

**ORDER SETTING BRIEFING SCHEDULE ON PARTIES' MOTIONS FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Re: ECF Nos. 119, 120

  Pursuant to Civil Local Rule 72-2, the Court hereby orders the following briefing schedule on the Parties' Motions for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (ECF Nos. 119, 120):

  1. Defendants may file a response to Plaintiff's motion at ECF No. 119. Plaintiff may file a response to Defendants' motion at ECF No. 120. The responses are due by May 6, 2016 and shall not exceed 5 pages each (not counting declarations and exhibits).

  2. The matter will then go under submission, unless the Court sets the matter for oral argument.

  IT IS SO ORDERED.

Dated: April 27, 2016

_____
JON S. TIGAR
United States District Judge