UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED,<br>     Plaintiff,<br>v.<br>REARDEN LLC, et al.,<br>     Defendants. | Case No. 15-cv-00797-JST<br><br>**ORDER REGARDING DEFENDANTS' MOTIONS AT ECF NOS. 139 AND 140**<br><br>Re: ECF Nos. 139, 140 |

On May 6, 2016, Defendants filed a Motion for Entry of Default Judgment Against Shenzhenshi Haitiecheng Science and Technology Co., Ltd. and for Preliminary Injunction Regarding the Mova Assets. ECF No. 139. Defendants also request that the Court set an expedited briefing schedule, ECF No. 140, which Plaintiff opposes, ECF No. 142.

Defendants' motion for entry of default judgment against Shenzhenshi Haitiecheng Science and Technology Company ("SHST") relates to SHST's alleged failures to comply with its discovery obligations. The Court previously referred all discovery matters to Magistrate Judge Sallie Kim. See ECF No. 81. Thus, the Court orders Defendants to raise the entry of default judgment portion of the motion before Judge Kim in the first instance. The undersigned will address the preliminary injunction portion of Defendants' motion.

Good cause does not support Defendants' request for an expedited briefing schedule. See Civil L.R. 6-3; Fed. R. Civ. P. 6(c)(1)(C). The Court accordingly sets the following schedule for Defendants' motion for a preliminary injunction: Plaintiff's opposition to the motion shall be due by May 20, 2016, and Defendants' reply in support for the motion shall be due by May 27, 2016.

/ / /

/ / /

/ / /

1 | The hearing on Defendants' motion shall be on June 16, 2016 at 2:00 p.m.
2 |     IT IS SO ORDERED.
3 | Dated: May 13, 2016

                                            JON S. TIGAR
                                   United States District Judge