UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>REARDEN LLC, et al.,<br><br>Defendants. | Case No. 15-cv-00797-JST (SK)<br><br>**ORDER SCHEDULING JUNE 16, 2016 HEARING RE DEFENDANTS' MOTION FOR DEFAULT JUDGMENT**<br><br>Regarding Docket Nos. 139, 143 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

A hearing before Magistrate Judge Sallie Kim regarding Defendants' Motion for Default Judgment (Dkt. 139) is scheduled for Thursday, June 16, 2016 at 11:00 a.m. in Courtroom A of the above-entitled Court. Given that this matter arises out of the discovery dispute involving the missing verification from Shenzhenshi Haitiecheng Science and Technology Co., Ltd. ("SHST") (Dkt. 132), the Court incorporates its Order at Dkt. 141 in which SHST was given time to May 27, 2016 to provide its verification and in which Rearden was directed to provide a one-page letter brief by May 31, 2016 notifying this Court of SHST's response, if any. Any opposition to the Motion for Default Judgment shall be filed by May 20, 2016. Defendants may submit a reply brief no later than May 27, 2016 at 12:00 p.m.

**IT IS SO ORDERED**.

Dated: May 16, 2016



SALLIE KIM
United States Magistrate Judge