| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Jon Michaelson (State Bar No. 83815)<br>jmichaelson@kilpatricktownsend.com<br>Scott Kolassa (State Bar No. 294732)<br>skolassa@kilpatricktownsend.com<br>Frances B. Cox (State Bar No. 133696)<br>ncox@kilpatricktownsend.com<br>1080 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  650 326 2400<br>Facsimile:  650 326 2422<br><br>KILPATRICK TOWNSEND & STOCKTON LLP<br>Holly Gaudreau (State Bar No. 209114)<br>hgaudreau@kilpatricktownsend.com<br>Darius C. Samerotte (State Bar No. 296252)<br>dsamerotte@kilpatricktownsend.com<br>HOLLY GAUDREAU (State Bar No. 209114)<br>hgaudreau@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA  94111<br>Telephone:  415 576 0200<br>Facsimile:  415 576 0300<br><br>Attorneys for Plaintiff and Counterclaim Defendant VIRTUE GLOBAL HOLDINGS LIMITED and Counterclaim Defendant SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD. | KERR & WAGSTAFFE LLP<br>James M. Wagstaffe (State Bar No. 95535)<br>wagstaffe@kerrwagstaffe.com<br>Frank Busch (State Bar No. 258288)<br>busch@kerrwagstaffe.com<br>101 Mission Street, 18th Floor<br>San Francisco, CA  94105–1727<br>Telephone:  415 371 8500<br>Facsimile:  415 371 0500<br><br>TURNER BOYD LLP<br>Karen I. Boyd (State Bar No. 189808)<br>boyd@turnerboyd.com<br>Jennifer Seraphine (State Bar No. 245463)<br>seraphine@turnerboyd.com<br>Zhuanjia Gu (State Bar No. 244863)<br>gu@turnerboyd.com<br>702 Marshall Street, Suite 640<br>Redwood City, CA  94063<br>Telephone:  650 521 5930<br>Facsimile:  650 521 5931<br><br>Attorneys for Defendants<br>REARDEN, LLC, REARDEN MOVA, LLC, MO2, LLC, MOVA, LLC |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Island,<br><br>        Plaintiff,<br><br>    v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>        Defendants/Counterclaim Plaintiffs.<br><br>And Related Counterclaims. | Civil Action No. 3:15-cv-00797 JST (SK)<br><br>**STIPULATION TO CONTINUE HEARING AND BRIEFING DATES ON DEFENDANTS' MOTIONS TO SET ASIDE ORDER SUBSTITUTING PARTIES (DKT. 172) AND FOR CLARIFICATION OF BIFURCATION ORDER (DKT. 173), AND**<br><br>**[PROPOSED] ORDER**<br><br>Current Hearing Date: July 21, 2016<br><br>New Hearing Date:  August 4, 2016 |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING
DATES, CASE NO. 3:15-CV-00797 JST (SK)

1   Pursuant to Local Rule 6-1(a), plaintiff and counterclaim defendant Virtue Global Holdings Limited, counterclaim defendant Shenzhenshi Haitiecheng Science and Technology Co., Ltd., and defendants Rearden, LLC Rearden Mova, LLC, MO2, LLC and MOVA, LLC ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

   1. The hearings on the Motion to Set Aside Order Substituting Parties (Dkt. 172) and the Motion for Clarification of Bifurcation Order (Dkt. 173) both filed by Defendants on June 13, 2016 and both currently set for July 21, 2016, at 2:00 p.m., in this Court, shall be continued by two weeks to August 4, 2016, at 2:00 p.m., in this Court, and due dates for the respective opposition and reply briefs relating to these motions shall be postponed as well.

   2. The oppositions to the Motion to Set Aside Order Substituting Parties (Dkt. 172) and the Motion for Clarification of Bifurcation Order (Dkt. 173) shall be filed on or before July 7, 2016; and

   3. The replies in support of the Motions shall be filed on or before July 19, 2016.

   The parties respectfully request an order pursuant to this stipulation.

///
///
///
///
///
///
///
///
///

Dated: June 22, 2016          Respectfully submitted,

                              KILPATRICK TOWNSEND & STOCKTON LLP


                              By: */s/ Frances B. Cox*
                              JON MICHAELSON
                              SCOTT KOLASSA
                              FRANCES B. COX
                              HOLLY GAUDREAU
                              DARIUS C. SAMEROTTE

                              Attorneys for Plaintiff and Counterclaim Defendant
                              VIRTUE GLOBAL HOLDINGS LIMITED and
                              Counterclaim Defendant SHENZHENSHI
                              HAITIECHENG SCIENCE AND TECHNOLOGY
                              CO., LTD.


Dated: June 22, 2016          Respectfully submitted,

                              TURNER BOYD LLP


                              By: */s/ Karen I. Boyd*
                              KAREN I. BOYD
                              JENNIFER SERAPHINE
                              ZHUANJIA GU

                              Attorneys for Defendants REARDEN, LLC,
                              REARDEN MOVA, LLC, MO2, LLC, and
                              MOVA, LLC

**IT IS SO ORDERED.**


DATED: __June 22, 2016__, 2016    _____
                                  **HONORABLE JON S. TIGAR**

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING
DATES, CASE NO. 3:15-CV-00797 JST (SK)

**ATTESTATION REGARDING SIGNATURES**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for defendants' counsel indicated by a conformed signature within this e-filed document.

*/s/ Frances B. Cox*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING DATES, CASE NO. 3:15-CV-00797 JST (SK)