JEFFREY T. MAKOFF (Bar No. 120004)
VALLE MAKOFF LLP
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 986-8001
Facsimile: (415) 986-8003
jmakoff@vallemakoff.com

TIMOTHY A. MILLER (Bar No. 154744)
VALLE MAKOFF LLP
255 Shoreline Drive, Suite 550
Redwood City, California 94065
Telephone: (650) 966-5113
Facsimile: (650) 240-0485
tmiller@vallemakoff.com

Attorneys for Non-Party
DIGITAL DOMAIN 3.0, INC.

KILPATRICK TOWNSEND & STOCKTON LLP
Jon Michaelson (Bar No. 83815)
jmichaelson@kilpatricktownsend.com
Scott Kolassa (Bar No. 294732)
skolassa@kilpatricktownsend.com
Frances B. Cox (Bar No. 133696)
ncox@kilpatricktownsend.com
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 326 2400
Facsimile:  (650) 326 2422

KILPATRICK TOWNSEND & STOCKTON LLP
Holly Gaudreau (Bar No. 209114)
hgaudreau@kilpatricktownsend.com
Darius C. Samerotte (Bar No. 296252)
dsamerotte@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:  415 576 0200
Facsimile:  415 576 0300

Attorneys for Plaintiff and Counterclaim
Defendant VIRTUE GLOBAL HOLDINGS
LIMITED and Counterclaim Defendant
SHENZHENSHI HAITIECHENG SCIENCE
AND TECHNOLOGY CO., LTD.

KERR & WAGSTAFFE LLP
James M. Wagstaffe (Bar No. 95535)
wagstaffe@kerrwagstaffe.com
Frank Busch (Bar No. 258288)
busch@kerrwagstaffe.com
101 Mission Street, 18th Floor
San Francisco, CA  94105–1727
Telephone:  (415) 371 8500
Facsimile:  (415) 371 0500

TURNER BOYD LLP
Karen I. Boyd (Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (Bar No. 245463)
seraphine@turnerboyd.com
Zhuanjia Gu (Bar No. 244863)
gu@turnerboyd.com
702 Marshall Street, Suite 640
Redwood City, CA  94063
Telephone:  (650) 521 5930
Facsimile:  (650) 521 5931

Attorneys for Defendants
REARDEN, LLC, REARDEN MOVA,
LLC, MO2, LLC, MOVA, LLC

---

**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING AND BRIEFING DATES; CASE NO. 3:15-cv-00797-JST**

1
2
3
4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 5  VIRTUAL GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,<br><br>Plaintiff,<br><br>v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:15-cv-00797-JST<br><br>**STIPULATION TO SHORTEN TIME ON PENDING DIGITAL DOMAIN 3.0, INC.'S MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER (DKT. 208) AND COUNTER CLAIM DEFENDANTS' MOTION FOR STAY OR MODIFICATION OF PRELIMINARY INJUNCTION PENDING APPEAL (DKT. 206), AND**<br><br>**[~~PROPOSED~~] ORDER**<br><br>Current Hearing Date: August 4, 2016 |

**STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR HEARING AND BRIEFING DATES; CASE NO. 3:15-cv-00797-JST**

1 | Plaintiffs and Counterclaim Defendants Virtue Global Holdings Limited ("VGH") and
2 | Shenzhenshi Haitiecheng Science and Technology Co. Ltd. ("SHST"), Defendants Rearden,
3 | LLC, Rearden Mova, LLC, MO2, LLC, and Mova, LLC (collectively "Rearden"), and Non-
4 | Party Digital Domain 3.0, Inc. ("DD3"), by and through their counsel of record, stipulate and
5 | agree:
6 | WHEREAS, on May 6, 2016, Rearden filed a Motion for Entry of Default Judgment
7 | Against Shenzhenshi Haitiecheng Science and Technology Co., Ltd. and for Preliminary
8 | Injunction Regarding the MOVA Assets (Dkt. 139); and
9 | WHEREAS, on June 17, 2016, the Court entered an Order Granting Motion for
10 | Preliminary Injunction (the "Preliminary Injunction") (Dkt. 188); and
11 | WHEREAS, on June 21, 2016, VGH filed its Notice of Appeal of the Preliminary
12 | Injunction, which appeal is pending at the United States Court of Appeals for the Ninth Circuit
13 | (Case No. 16-16107); and
14 | WHEREAS, on June 27, 2016, VGH filed its Motion for Stay or Modification of
15 | Preliminary Injunction Pending Appeal (the "VGH Motion") (Dkt. 206); and
16 | WHEREAS, on June 27, 2016, non-party DD3 specially-appeared and filed its Motion to
17 | Modify Preliminary Injunction Order (the "DD3 Motion") (Dkt. 208); and
18 | WHEREAS, the parties to this action and non-party DD3 have met and conferred and
19 | agreed to a process for the management of MOVA assets pending the Court's consideration of
20 | the VGH Motion and the DD3 Motion, as set forth below, subject to Court approval;
21 | IT IS HEREBY STIPULATED AND AGREED THAT:
22 | 1.     The briefing and hearing schedule on the VGH Motion and DD3 Motion shall be
23 | shortened as follows:
24 |        a.     Rearden may file a joint opposition to the VGH Motion and the DD3
25 |        motion;
26 |        b.     All papers in opposition to the VGH Motion or DD3 Motion shall be filed
27 |        and served by 5:00 p.m. on July 1, 2016;
28 |

**STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR HEARING AND BRIEFING DATES; CASE NO. 3:15-cv-00797-JST**

   c. Any reply papers in further support of the VGH Motion or DD3 Motion shall be filed and served by July 2, 2016; and

   d. Subject to the availability of the Court, a hearing on the VGH Motion and the DD3 Motion shall be held on either July 6, 2016 or the morning of July 7, 2016, whichever is more convenient for the Court (or, if neither date is convenient for the Court, at the earliest date on which the Court will be willing to set the motion).

2. Within 24 hours of the Court's approval of this stipulation, or at such later time as the parties have completed arrangements with the storage facility and any third-parties whose involvement is agreed to be required, such that access to MOVA Assets will be determined by further Court Order, and neither party shall have access to MOVA Assets absent such a further Order, DD3 shall transfer the physical MOVA Assets at issue in this action to a secure and insured storage facility located at a place separately agreed in writing by the parties (and omitted here for purposes of confidentiality).  DD3 shall also suspend all data processing using the MOVA Assets pending further order of the Court on the VGH Motion, the DD3 Motion or otherwise.

3. If the Court has not issued a ruling on the VGH Motion and the DD3 Motion by July 20, 2016, or upon a material change of circumstances, any party may request that the Court grant interim relief pending the Court's ruling in accordance with applicable law.

4. By entering into this stipulation and proposed order, non-party DD3 does not submit to the Court's general jurisdiction nor admit that the Court's preliminary injunction order is enforceable or lawfully-enforced against DD3 absent a hearing on the merits of DD3's Motion.

5. By entering into this stipulation and proposed order, Rearden does not agree that VGH, SHST, and DD3 are in compliance with the Preliminary Injunction during the pendency of

//
//
//
//

**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING AND BRIEFING DATES; CASE NO. 3:15-cv-00797-JST**

the VGH Motion, DD3 Motion, and appeal.

Dated: June 30, 2016.	VALLE MAKOFF LLP

By: /s/_____
 JEFFREY T. MAKOFF
 Attorneys for Non-Party
 DIGITAL DOMAIN 3.0, INC.

Dated: June 30, 2016	KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/_____
 JON MICHAELSON
 Attorneys for Plaintiff and Counterclaim Defendant
 VIRTUE GLOBAL HOLDINGS LIMITED and
 Counterclaim Defendant SHENZHENSHI
 HAITIECHENG SCIENCE AND TECHNOLOGY
 CO., LTD.

Dated: June 30, 2016	TURNER BOYD LLP

By: /s/_____
 KAREN I. BOYD
 Attorneys for Defendants REARDEN, LLC,
 REARDEN MOVA, LLC, MO2, LLC, and
 MOVA, LLC

//
//
//
//
//
//
//
//

3

STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR HEARING AND BRIEFING DATES; CASE NO. 3:15-cv-00797-JST

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Hearings will be held on Non-Party Digital Domain 3.0, Inc.'s Motion to Modify Preliminary Injunction Order (Dkt. 208) (the "DD3 Motion"), and Plaintiff Virtue Global Holdings Limited and Counterclaim Defendants VGH and Shenzhenshi Haitiecheng Science and Technology Co. Ltd.'s Motion for Stay or Modification of Preliminary Injunction Pending Appeal (Dkt. 206) (the "SHST/VGH Motion") on July  8 , 2016 at 10:00 AM at the Oakland federal courthouse at 1301 Clay St.

2. Any papers in opposition to the SHST/VGH Motion or the DD3 Motion shall be filed and served by 5:00 p.m. on July 1, 2016.

3. Any reply papers in further support of the SHST/VGH Motion or DD3 Motion shall be filed and served on or before July 2, 2016.

4. Within 24 hours of the Court's approval of this stipulation, or at such later time as the parties have completed arrangements with the storage facility and any third-parties whose involvement is agreed to be required, such that access to MOVA Assets will be determined by further Court Order, and neither party shall have access to MOVA Assets absent such a further Order, DD3 shall transfer the MOVA Assets at issue in this action to a secure and insured storage facility and located at a place separately agreed in writing by the parties (and omitted here for purposes of confidentiality).  DD3 shall also suspend all data processing using the MOVA Assets pending further order of the Court on the VGH Motion, the DD3 Motion or otherwise.

5. If the Court has not issued a ruling on the SHST/VGH Motion and the DD3 Motion by July 20, 2016, or upon a material change of circumstances, any party may request that the Court grant interim relief pending the Court's ruling in accordance with applicable law.

**IT IS SO ORDERED.**

Dated: __June 30__, 2016.

_____
**HONORABLE JON S. TIGAR**

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING AND BRIEFING DATES; CASE NO. 3:15-cv-00797-JST

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for Non-Party Digital Domain 3.0, Inc.'s counsel and Defendants' counsel indicated by a conformed signature within this e-filed document.

\_\_\_/s/_____
JON MICHAELSON