KILPATRICK TOWNSEND & STOCKTON LLP
Jon Michaelson (SBN 83815)
jmichaelson@kilpatricktownsend.com
Scott Kolassa (State Bar No. 294732)
skolassa@kilpatricktownsend.com
Frances B. Cox (State Bar No. 133696)
ncox@kilpatricktownsend.com
1080 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 326-2400
Facsimile:  (650) 326-2422

KILPATRICK TOWNSEND & STOCKTON LLP
Darius C. Samerotte (SBN 296252)
dsamerotte@kilpatricktownsend.com
Holly Gaudreau (SBN 209114)
hgaudreau@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone: (415) 576-0200
Facsimile:  (415) 576-0300

TURNER BOYD LLP
Karen I. Boyd (SBN 189808)
boyd@turnerboyd.com
Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
Zhuanjia Gu (SBN 244863)
gu@turnerboyd.com
702 Marshall Street, Suite 640
Redwood City, CA  94063
Telephone: (650) 521-5930
Facsimile:  (650) 521-5931

Attorneys for Defendants
REARDEN, LLC, REARDEN MOVA, LLC,
MO2, LLC, and MOVA, LLC.

Attorneys for Plaintiff and Counterclaim Defendant
VIRTUE GLOBAL HOLDINGS LIMITED and
Counterclaim Defendant SHENZHENSHI
HAITIECHENG SCIENCE AND TECHNOLOGY
CO., LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>REARDEN, LLC, REARDEN MOVA, LLC, MO2, LLC, and MOVA, LLC,<br><br>Defendants and<br>Counterclaim Plaintiffs,<br><br>v.<br><br>SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD.,<br><br>Counterclaim Defendant. | Case No. 3:15-cv-00797-JST (SK)<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO COMBINE CASE MANAGEMENT CONFERENCE AND MOTION HEARING DATES**<br><br>Judge: Honorable Jon S. Tigar |

1  The Parties through their respective attorneys of record respectfully request that the court combine the Case Management Conference, currently scheduled for August 3, 2016, at 2:00 p.m., and the hearings on Defendants' Motion to Set Aside Order Substituting Parties, Motion for Clarification of Bifurcation Order, and Motion for Order to Show Cause, all currently scheduled for August 4, 2016, at 2:00 p.m.  Given the close proximity of the two hearing dates, the Parties request the Court conduct both the CMC and the motion hearings on Thursday, August 4, 2016, at 2:00 p.m.

Dated:  July 25, 2016                              Respectfully submitted,

By  */s/ Scott E. Kolassa*  
   Jon Michaelson (SBN 83815)  
   jmichaelson@kilpatricktownsend.com  
   Scott E. Kolassa (SBN 294732)  
   skolassa@kilpatricktownsend.com  
   Frances B. Cox (SBN 133696)  
   ncox@kilpatricktownsend.com  
   KILPATRICK TOWNSEND & STOCKTON LLP  
   1080 Marsh Road  
   Menlo Park, CA 94025  
   Telephone: 650 326 2400  

*Attorneys for Plaintiff and Counterclaim Defendant*  
VIRTUE GLOBAL HOLDINGS LIMITED and Counterclaim Defendant SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD.

By  */s/ Karen I Boyd*  
   Karen I. Boyd (SBN 189808)  
   boyd@turnerboyd.com  
   Jennifer Seraphine (SBN 245463)  
   seraphine@turnerboyd.com  
   Zhuanjia Gu (SBN 244863)  
   gu@turnerboyd.com  
   TURNER BOYD LLP  
   702 Marshall Street, Suite 640  
   Redwood City, California 94063  
   Telephone:  (650) 521-5930  

*Attorneys for Defendants*  
REARDEN LLC, REARDEN MOVA LLC, MO2 LLC, and MOVA LLC

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for plaintiff's counsel indicated by a conformed signature within this e-filed document.

                                                 */s/ Karen I. Boyd*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated:     July 25, 2016

_____
THE HONORABLE JON. S. TIGAR
UNITED STATES DISTRICT COURT