| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Jon Michaelson (Bar No. 83815)<br>jmichaelson@kilpatricktownsend.com<br>Scott Kolassa (Bar No. 294732)<br>skolassa@kilpatricktownsend.com<br>Frances B. Cox (Bar No. 133696)<br>ncox@kilpatricktownsend.com<br>1080 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  (650) 326 2400<br>Facsimile:  (650) 326 2422<br><br>KILPATRICK TOWNSEND & STOCKTON LLP<br>Holly Gaudreau (Bar No. 209114)<br>hgaudreau@kilpatricktownsend.com<br>Benjamin M. Kleinman-Green (Bar No. 261846)<br>bkleinman-green@kilpatricktownsend.com<br>Darius C. Samerotte (Bar No. 296252)<br>dsamerotte@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA  94111<br>Telephone:  415 576 0200<br>Facsimile:  415 576 0300<br><br>Attorneys for Plaintiff Counterclaim Defendant<br>SHENZHENSHI HAITIECHENG SCIENCE<br>AND TECHNOLOGY CO., LTD. | KERR & WAGSTAFFE LLP<br>James M. Wagstaffe (Bar No. 95535)<br>wagstaffe@kerrwagstaffe.com<br>Frank Busch (Bar No. 258288)<br>busch@kerrwagstaffe.com<br>101 Mission Street, 18th Floor<br>San Francisco, CA  94105–1727<br>Telephone:  (415) 371 8500<br>Facsimile:  (415) 371 0500<br><br>TURNER BOYD LLP<br>Karen I. Boyd (Bar No. 189808)<br>boyd@turnerboyd.com<br>Jennifer Seraphine (Bar No. 245463)<br>seraphine@turnerboyd.com<br>Zhuanjia Gu (Bar No. 244863)<br>gu@turnerboyd.com<br>702 Marshall Street, Suite 640<br>Redwood City, CA  94063<br>Telephone:  (650) 521 5930<br>Facsimile:  (650) 521 5931<br><br>Attorneys for Defendants<br>REARDEN, LLC, REARDEN MOVA,<br>LLC, MO2, LLC, MOVA, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD.,<br>           Plaintiff,<br><br>v.<br><br>REARDEN LLC, REARDEN MOVA, LLC, MO2, LLC, and MOVA, LLC,<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:15-cv-00797-JST (SK)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING MOTION TO DISMISS FILED BY NON-PARTY VIRTUE GLOBAL HOLDINGS LIMITED (D.I. 279) AND DEFINING OPERATIVE PLEADINGS** |

**STIPULATION AND ~~PROPOSED~~ ORDER**          (CASE NO. 3:15-cv-00797-JST)

Plaintiff and Counterclaim Defendant Shenzhenshi Haitiecheng Science and Technology Co., Ltd. ("SHST"), Non-Party Virtue Global Holdings Limited ("VGH"), and Defendants and Counterclaim Plaintiffs Rearden, LLC, Rearden Mova, LLC, MO2, LLC, and MOVA, LLC (collectively "Defendants"), by and through their respective counsel of record, in light of this Court's Order that "VGH is no longer a party to this case" (D.I. 282) hereby stipulate and agree as follows:

1. VGH withdraws VGH's Motion to Dismiss Defendants' Fraudulent Transfer Counterclaim (D.I. 279). This withdrawal is without prejudice to re-filing if Defendants bring a fraudulent transfer claim or counterclaim against VGH.

2. D.I. 100, Defendants' Answer and Amended Counterclaims filed against SHST (originally filed in redacted form as D.I. 95 on March 18, 2016) are the operative counterclaims in this matter.

3. D.I. 111, "Answer to Ownership Allegations in Amended Counterclaim," is the operative response to the unstayed operative counterclaims as to SHST only. It is deemed not a response to D.I. 95/100 on behalf of VGH.

4. This stipulation and agreement does not alter any rights of SHST.

SHST, VGH, and Defendants respectfully request an order pursuant to this stipulation.

Dated: September 2, 2016         KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Benjamin M. Kleinman-Green*
BENJAMIN M. KLEINMAN-GREEN
Attorneys for Plaintiff and Counterclaim Defendant
SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD. and Non-Party
VIRTUE GLOBAL HOLDINGS LIMITED

Dated: September 2, 2016                TURNER BOYD LLP

                                        By:      /s/ *Karen I. Boyd*
                                            KAREN I. BOYD
                                            Attorneys for Defendants
                                            REARDEN, LLC, REARDEN MOVA, LLC,
                                            MO2, LLC, and MOVA, LLC

### ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for VGH and SHST's counsel indicated by a conformed signature within this e-filed document.

                                         */s/ Karen I. Boyd*
                                          Karen I. Boyd

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   September 6, 2016                      _____
                                                THE HONORABLE JON. S. TIGAR
                                                UNITED STATES DISTRICT COURT

2

**STIPULATION AND ~~PROPOSED~~ ORDER (CASE NO. 3:15-cv-00797-JST)**