United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., et al.,

    Plaintiffs,

  v.

REARDEN LLC, et al.,

    Defendants.

Case No. 15-cv-00797-JST

**ORDER DENYING MOTIONS IN LIMINE**

Re: ECF Nos. 314, 315

The Court now rules as follows on two of the motions in limine filed in advance of the trial:[1]

Motion in Limine No. 1 (ECF No. 314)

Defendants request that "SHST witnesses should not be permitted to appear at trial," on the ground that default has been entered against SHST.

Rearden cites no authority for this request, and the Court is aware of none. There is no reason that entry of default against one party should prejudice the presentation of evidence by the remaining parties.

The motion is denied.

Motion in Limine No. 2 (ECF No. 315)

Defendants request that the Court exclude "the Asset Purchase Agreement between MO2, LLC ('MO2') and SHST, the Asset Purchase Agreement between SHST and Virtue Global Holdings Limited ('VGH'), and any other documents or purported agreements bearing SHST's

---

[1] The Court has determined that argument regarding these motions is unnecessary. See Judge Tigar's Standing Order for Civil Bench Trials at 4.

'chop' signature (referred to collectively herein as 'SHST Agreements')" on the ground that VGH will not be able to authenticate those agreements at trial because "[t]here is no witness with personal knowledge that can authenticate the SHST Agreements." ECF No. 315 at 1, 2.

Again, Defendants cite no authority for their request, which asks the Court to determine *ex ante* that VGH will be unable to authenticate a group of documents before VGH has even been allowed to try.

The motion is denied.

The Court will rule on the remaining motions in limine at the pretrial conference scheduled for November 10, 2016.

IT IS SO ORDERED.

Dated: November 7, 2016

_____
JON S. TIGAR
United States District Judge