Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Zhuanjia Gu (State Bar No. 244863)
gu@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile:  (650) 521-5931

Attorneys for Defendants
REARDEN, LLC, REARDEN MOVA, LLC,
MO2, LLC, and MOVA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands, <br><br> Intervenor Plaintiff, <br><br> v. <br><br> REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company, <br><br> Defendants, <br><br> v. <br><br> SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation, <br><br> Counterclaim Defendant. | Case No.  3:15-cv-00797-JST (SK) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN ELECTRONIC DEVICES IN COURTROOM** |

Defendants request that during trial in this matter, corporate representative Steve Perlman be permitted to keep his cellular telephone turned on and in vibrate mode with a medical monitoring application running.  In the unlikely event that Mr. Perlman is required to take any action based on the medical monitoring, Defendants may request that he be briefly excused from the courtroom. Plaintiffs do not oppose.

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

DATED:  November 28, 2016     By:     *s/ Jon Michaelson*
                                      Jon Michaelson

Attorneys for Plaintiff and Counterclaim Defendant
SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD. and Intervenor
VIRTUE GLOBAL HOLDINGS LIMITED


TURNER BOYD LLP

DATED:  November 28, 2016     By:     *s/ Karen I Boyd*
                                      Karen I. Boyd

Attorneys for Defendants
REARDEN, LLC, REARDEN MOVA, LLC, MO2, LLC, and MOVA, LLC

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Karen I. Boyd, attest that concurrence in the filing of this document has been obtained from all signatories.

*s/ Karen I. Boyd*


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  November 29, 2016

_____
Honorable Jon S. Tigar
United States District Judge

STIPULATION RE CERTAIN ELECTRONIC DEVICES          1          CASE NO. 3:15-CV-00797-JST