KILPATRICK TOWNSEND & STOCKTON LLP
JON MICHAELSON (SBN 83815)
jmichaelson@kilpatricktownsend.com
SCOTT KOLASSA (SBN 294732)
skolassa@kilpatricktownsend.com
FRANCES B. COX (SBN 133696)
ncox@kilpatricktownsend.com
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650 326 2400 / Facsimile: 650 326 2422

KILPATRICK TOWNSEND & STOCKTON LLP
HOLLY GAUDREAU (SBN 209114)
hgaudreau@kilpatricktownsend.com
BENJAMIN M. KLEINMAN-GREEN (SBN 261846)
bkleinman-green@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200 / Facsimile: 415 576 0300

Attorneys for Plaintiff and Counterclaim Defendant
SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD. and Intervenor
VIRTUE GLOBAL HOLDINGS LIMITED

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,

Plaintiff,

and

VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,

Intervenor,

v.

REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,

Defendants.

Civil Action No. 3:15-cv-00797 JST (SK)

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO ALLOW COUNSEL TO BRING EQUIPMENT INTO THE COURTROOM FOR TRIAL**

Date: December 5, 2016
Time: 8:30 a.m.
Location: Courtroom 15, 18th Floor
Honorable Jon S. Tigar

Action Filed: February 20, 2015

STIPULATION AND ~~[PROPOSED]~~ ORDER TO ALLOW COUNSEL TO BRING EQUIPMENT INTO THE COURTROOM FOR TRIAL
Civil Action No. 3:15-cv-00797 JST (SK)

Intervenor Virtue Global Holdings Limited and Defendants (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties believe the use of equipment in addition to that which is available in the courtroom for the trial of the parties' arguments to the Court would be beneficial;

THEREFORE, the parties request permission to bring the following equipment and materials into the courtroom:

1. Laptop computers;
2. Printers;
3. Scanners;
4. Hard drives;
5. Miscellaneous A/V cabling, electrical cables, connections, power strips, extensions cords, and other connective cables; and
6. Projectors with related equipment and displays.

The parties further request permission to enter the courthouse at 8:00 a.m. on Monday, December 5, 2016 to set up the aforementioned equipment in advance of the trial.

DATED: December 1, 2016

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Jon Michaelson*
JON MICHAELSON

Attorneys for Intervenor,
Virtual Global Holdings, Inc.

DATED: December 1, 2016

TURNER BOYD LLP

By: */s/ Karen I. Boyd*
KAREN I. BOYD

Attorneys for Defendants REARDEN, LLC, REARDEN MOVA, LLC, MO2, LLC, and MOVA, LLC

STIPULATION AND [~~PROPOSED~~] ORDER TO ALLOW COUNSEL TO BRING EQUIPMENT INTO THE COURTROOM FOR TRIAL
Civil Action No. 3:15-CV-00797 JST (SK)

- 1 -

FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), Jon Michaelson hereby attests that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

*/s/ Jon Michaelson*
Jon Michaelson

IS IT SO ORDERED.

DATED: December 2, 2016

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Jon S. Tigar
NORTHERN DISTRICT OF CALIFORNIA

68944467V.2

STIPULATION AND [~~PROPOSED~~] ORDER TO ALLOW COUNSEL TO BRING EQUIPMENT INTO THE COURTROOM FOR TRIAL
Civil Action No. 3:15-CV-00797 JST (SK)
- 2 -