UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CIVIL BENCH TRIAL MINUTES*

Judge:        Jon S. Tigar                    Time in Court:   4 hours

Date:         December 7, 2016

Case No.      **3:15-cv-00797-JST**

Case Title:   **Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v.
              Rearden LLC, et al.**

Appearances:

  For Plaintiff:     Jon Michaelson
                     Scott Kolassa
                     Benjamin M. Kleinman-Green
                     Holly Gaudreau
                     Frances B. Cox

  For Defendant:     Karen I. Boyd
                     Jennifer Seraphine
                     Zhuanjia Gu
                     Frank H. Busch
                     Jacob S. Zweig
                     Keely I. Vega

Deputy Clerk:  William Noble                  Reporter:  Debra Pas / Jo Ann Bryce

Trial Begin:  December 5, 2016                Further Trial: December 8, 2016

Case No:      3:15-cv-00797-JST
Case Name:    Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.
Date:         December 7, 2016
Courtroom Deputy:   William Noble                         Court Reporter:    Debra Pas / Jo Ann Bryce

Motions Heard
Exhibits Admitted

Plaintiff:  18, 19, 20, 22, 23, 25, 26, 53, 69, 78, 79, 80

Defendant: 262

Witnesses Sworn

Ken Pearce (previously sworn), Gary Lauder, Daniel Ang Seah, Amit Chopra

Depositions read

Portion of deposition of Daniel Ang Seah

Motions heard

Case No:      3:15-cv-00797-JST
Case Name:   Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.
Date:        December 7, 2016
Courtroom Deputy:   William Noble                     Court Reporter:   Debra Pas / Jo Ann Bryce

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:41 a.m. | | | Court in session.<br><br>Plaintiff's request to call witness Gary Lauder out of order was granted. | |
| | | 8:48 a.m. | | | Direct examination of previously sworn witness **Ken Pearce** by Plaintiff resumes. | |
| 53 | | 8:50 a.m. | X | X | Email from S. Perlman to K. Pearce. 03/04/2013 | P |
| | | 9:04 a.m. | | | Direct examination of **Ken Pearce** by Plaintiff ends.  Witness temporarily excused but still subject to cross-examination in order for Plaintiff to examine witness Gary Lauder out of order. | |
| | | 9:06 a.m. | | | Plaintiff calls witness **Gary Lauder**.  Witness sworn.  Direct examination begins. | |
| 18 | | 9:19 a.m. | X | X | Email from S. Perlman to G. Lauder. 09/20/2012 | P |
| 19 | | 9:20 a.m. | X | X | Email from S. Perlman to G. Lauder. 09/21/2012 | P |
| 20 | | 9:26 a.m. | X | X | Email from S. Perlman to G. Lauder. 09/22/2012 | P |
| 22 | | 9:28 a.m. | X | X | Email from S. Perlman to G. Lauder. 09/28/2012 | P |
| 23 | | 9:29 a.m. | X | X | Email from S. Perlman to G. Lauder. 10/02/2012 | P |
| 24 | | 9:35 a.m. | | | Previously admitted. | |
| 25 | | 9:37 a.m. | X | X | Email from S. Perlman to G. Lauder. 10/03/2012 | P |
| 27 | | 9:39 a.m. | | | Previously admitted. | |
| 42 | | 9:42 a.m. | | | Previously admitted. | |
| | | 9:43 a.m. | | | Direct examination of **Gary Lauder** by Plaintiff ends. | |
| | | 9:44 a.m. | | | Cross examination of witness **Gary Lauder** by Defendant begins. | |
| 18 | | 9:48 a.m. | | | Previously admitted. | |

3

Case No:       3:15-cv-00797-JST
Case Name:     Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.
Date:          December 7, 2016
Courtroom Deputy:    William Noble                    Court Reporter:    Debra Pas / Jo Ann Bryce

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|--------------|----|-----|-------------|-----|
| 20 | | 9:48 a.m. | | | Previously admitted. | |
| 22 | | 9:48 a.m. | | | Previously admitted. | |
| 21 | | 9:48 a.m. | | | Previously admitted. | |
| 23 | | 9:49 a.m. | | | Previously admitted. | |
| | | 9:53 a.m. | | | Court break. | |
| | | 10:17 a.m. | | | Court in session.<br><br>Intervenor Virtue Global Holdings Limited's Objections to Designations (ECF No. 348). Objections overruled. | |
| | | 10:20 a.m. | | | Defendant has no further cross examination of witness **Gary Lauder**.<br><br>Re-direct examination by Plaintiff begins. | |
| 26 | | 10:20 a.m. | X | X | Email from G. Lauder to G. LaSalle. 10/04/2012 | |
| | | 10:21 a.m. | | | Re-direct examination of witness **Gary Lauder** by Plaintiff ends.<br><br>No re-cross examination.<br><br>Witness excused. | |
| | | 10:23 a.m. | | | Previously sworn witness **Ken Pearce** recalled for cross examination by Defendant. | |
| 262 | | 10:29 a.m. | X | X | Pearce Rearden employment agreement. 08/20/2012 | D |
| 24 | | 10:35 a.m. | | | Previously admitted. | |
| 53 | | 10:41 a.m. | | | Previously admitted. | |
| | | 10:44 a.m. | | | Cross examination of witness **Ken Pearce**. No re-direct examination. Witness excused. | |

4

Case No:      3:15-cv-00797-JST
Case Name:    Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.
Date:         December 7, 2016
Courtroom Deputy:   William Noble                    Court Reporter:    Debra Pas / Jo Ann Bryce

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|--------------|----|----|-------------|----|
|   |   | 10:51 a.m. |   |   | Plaintiff calls **Daniel Ang Seah**.  Witness sworn.  <br><br>Certified Mandarin language interpreter Casie Chung present and sworn.  Interpreter present only to assist witness for any terms he cannot understand in the English language and not to provide word for word translation.  No objection by any party. |   |
|   |   | 10:53 a.m. |   |   | Direct examination of witness **Daniel Ang Seah** by Plaintiff begins. |   |
| 69 |   | 11:18 a.m. | X | X | License agreement (executed). | P |
| 78 |   | 11:29 a.m. | X | X | Asset purchase agreement.  12/17/2015 | P |
|   |   | 11:31 a.m. |   |   | Direct examination of witness **Daniel Ang Seah** by Plaintiff ends. |   |
|   |   | 11:32 a.m. |   |   | Cross examination begins. |   |
|   |   | 11:43 a.m. |   |   | Break in cross examination of witness **Daniel Ang Seah** by Defendant. |   |
|   |   | 11:46 a.m. |   |   | Court break. |   |
|   |   | 12:12 p.m. |   |   | Court in session.  <br><br>Cross examination of witness **Daniel Ang Seah** by Defendant resumes. |   |
| 69 |   | 12:15 p.m. |   |   | Previously admitted. |   |
|   |   | 12:21 p.m. |   |   | Portion of 11/08/2016 deposition of Daniel Ang Sea, page 158, read into record. |   |
| 78 |   | 12:26 p.m. |   |   | Previously admitted. |   |
|   |   | 12:33 p.m. |   |   | Cross examination of witness **Daniel Ang Seah** by Defendant ends.  <br><br>Re-direct examination by Plaintiff begins. |   |

Case No:    3:15-cv-00797-JST
Case Name:  Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.
Date:       December 7, 2016
Courtroom Deputy:   William Noble                           Court Reporter:   Debra Pas / Jo Ann Bryce

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:37 p.m. | | | Re-direct examination of witness **Daniel Ang Seah** by Plaintiff ends.<br><br>Re-cross examination begins. | |
| | | 12:39 p.m. | | | Re-cross examination of witness **Daniel Ang Seah** by Defendant ends.<br><br>No re-direct examination.<br><br>Witness excused. | |
| | | 12:41 p.m. | | | Plaintiff calls **Amit Chopra**.  Witness sworn.  Direct examination begins. | |
| 78 | | 1:07 p.m. | | | Previously admitted. | |
| 79 | | 1:08 p.m. | X | X | Payment instruction form (VGH Victor Alliance Ltd).  01/11/2016 | P |
| 80 | | 1:09 p.m. | X | X | Remittance application form.  01/19/2016 | P |
| | | 1:10 p.m. | | | Direct examination of witness **Amit Chopra** by Plaintiff ends.<br><br>Cross examination by Defendant begins. | |
| 78 | | 1:22 p.m. | | | Previously admitted. | |
| | | 1:30 p.m. | | | Cross examination of witness **Amit Chopra** by Defendant ends for the day.<br><br>The Court will hear further argument on the issue of Preliminary Injunction on Monday, December 12, 2016 at 8:30 a.m. prior to the commencement of trial. | |
| | | 1:31 p.m. | | | Court in recess until December 8, 2016 at 8:30 a.m. | |

6