1  KILPATRICK TOWNSEND & STOCKTON LLP
   JON MICHAELSON (SBN 83815)
2  jmichaelson@kilpatricktownsend.com
   SCOTT KOLASSA (SBN 294732)
3  skolassa@kilpatricktownsend.com
   FRANCES B. COX (SBN 133696)
4  ncox@kilpatricktownsend.com
   1080 Marsh Road
5  Menlo Park, CA  94025
   Telephone: 650 326 2400 / Facsimile: 650 326 2422
6
   KILPATRICK TOWNSEND & STOCKTON LLP
7  HOLLY GAUDREAU (SBN 209114)
   hgaudreau@kilpatricktownsend.com
8  BENJAMIN M. KLEINMAN-GREEN (SBN 261846)
   bkleinman-green@kilpatricktownsend.com
9  Two Embarcadero Center, Suite 1900
   San Francisco, CA  94111
10 Telephone: 415 576 0200 / Facsimile: 415 576 0300

11 Attorneys for Plaintiff and Counterclaim Defendant
   SHENZHENSHI HAITIECHENG SCIENCE AND
12 TECHNOLOGY CO., LTD. and Intervenor
   VIRTUE GLOBAL HOLDINGS LIMITED
13
                    **UNITED STATES DISTRICT COURT**
14
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15
                    **SAN FRANCISCO DIVISION**
16

17 | SHENZHENSHI HAITIECHENG | Case No. 3:15-cv-00797 JST (SK) |
   | SCIENCE AND TECHNOLOGY CO., LTD., | |
18 | a People's Republic of China corporation, | |
   | | |
19 | Plaintiff, | **VGH'S SUPPLEMENT TO BENCH** |
   | | **MEMORANDUM REGARDING** |
20 | and | **AUTHENTICATION OF DOCUMENTS** |
   | VIRTUE GLOBAL HOLDINGS LIMITED, | |
21 | a business company incorporated in the | |
   | British Virgin Islands, | |
22 | Intervenor, | |
   | v. | |
23 | | |
   | REARDEN, LLC, a California Limited | |
24 | Liability Company; REARDEN MOVA, | |
   | LLC, a California Limited Liability | |
25 | Company; MO2, LLC, a California Limited | |
   | Liability Company; and MOVA, LLC, a | |
26 | California Limited Liability Company, | |
   | | |
27 | Defendants. | |

28



VGH'S SUPPLEMENT TO BENCH MEMORANDUM REGARDING AUTHENTICATION
OF DOCUMENTS - Case No. 3:15-cv-00797 JST (SK)

1    It is not essential that there be positive evidence in every instance in order to authenticate a

2  document before it can be admitted.   *U.S. v. Gutierrez*, 576 F.2d 269, 276 (10th Cir. 1978), cert.

3  denied, 439 U.S. 954 (1978).

4    A document may be authenticated through testimony of ***any*** witness with knowledge that

5  the document is genuine, and what the proponent claims it to be.  Fed. Rules Evid. 901(a); Jones

6  & Rosen, Rutter Practice Guide: *Federal Civil Trials and Evidence*, Documentary Evidence §

7  8:451 (The Rutter Group, June 2016) (emphasis added).  "Documents may be authenticated [by] ...

8  the personal knowledge of a party who attests that the document is what it purports . . . ." *Perkins*

9  *v. Demeyo*, No. 2:12-cv-01242, 2014 WL 782769, at *3 (D. Nev. Nov. 6, 2014) (citing *Orr v.*

10  *Bank of Am.*, 285 F.3d 764, 773-74 (9th Cir. 2002)).  To authenticate a document, a testifying

11  witness need only make "a prima facie showing of authenticity so that a reasonable jury could find

12  in favor of authenticity or identification." *United States v. Morales,* 720 F.3d 1194, 1202 n. 5 (9th

13  Cir. 2013), quoting *United States v. Estrada-Eliverio,* 583 F.3d 669, 673 (9th Cir. 2009).  The

14  burden is "slight;" authentication may simply be based on the appearance of the documents and

15  the circumstances through which they are presented to the court.  *Federal Civil Trials and*

16  *Evidence*, *supra, citing Las Vegas Sands, LLC. v. Nehme,* 632 F.3d 526, 533-34 and n. 6 (9th Cir.

17  2011) (district court abused its discretion by not deciding whether a letter attached as an exhibit to

18  a brief opposing a summary judgment motion could have been authenticated through FRE

19  901(b)(4) by reviewing the contents).  A witness need not be able to attest to familiarity with

20  every page.  *U.S. v. Whittington*, 783 F.2d 1210, 1215 (5th Cir. 1986), cert. denied, 479 U.S. 882

21  (1986).  The applicable test for determining error in the admission of a writing is not whether

22  evidence of genuineness induces belief beyond reasonable doubt that writing is handiwork of its

23  alleged drafter, but whether, if it is uncontradicted, a reasonable mind might fairly conclude

24  favorably to fact of authorship.    *U.S. v. Sutton*, 426 F.2d 1202, 1207 (D.C. Cir. 1969).

25    "[W]hen a document has been authenticated by a party, the requirement of authenticity is

26  satisfied as to that document with regards to all parties, subject to the right of any party to present

27  evidence to the ultimate fact-finder disputing its authenticity." *Orr v. Bank of America, NT*, 285

28  F.3d 764, 776 (9th Cir. 2002).



VGH'S SUPPLEMENT TO BENCH MEMORANDUM REGARDING AUTHENTICATION
OF DOCUMENTS - CASE NO. 3:15-CV-00797 JST (SK)                                         - 1 -

1    A "chop" is akin to a signature, and should be held to a similar standard for authentication

2 purposes. *See Zenith Radio Corp. v. Matsushita Elec. Indus. Co.*, 505 F. Supp. 1190, 1224 (E.D.

3 Pa. 1980), *aff'd in part, rev'd in part sub nom. In re Japanese Elec. Prod. Antitrust Litig.*, 723 F.2d

4 238 (3d Cir. 1983), *rev'd sub nom. Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S.

5 574 (1986) ("we conclude that a 'chop' should be given weight equivalent to a signature. "We

6 recognize that a 'chop,' like a signature, may not always be genuine. Furthermore, many people

7 with the same surname may have a common 'chop,' hence the 'chop' does not in every case

8 indicate authorship.")

9

10 DATED:  December 9, 2016         Respectfully submitted,

11                                 KILPATRICK TOWNSEND & STOCKTON LLP

12

13                                 By: */s/ Scott Kolassa*
                                        JON MICHAELSON
14                                      SCOTT KOLASSA
                                        FRANCES B. COX
15                                      HOLLY GAUDREAU
                                         BENJAMIN KLEINMAN-GREEN
16
                                        Attorneys for Intervenor,
17                                      VIRTUAL GLOBAL HOLDINGS, INC.

18

19

20 68968635V.1

21

22

23

24

25

26

27

28



VGH'S SUPPLEMENT TO BENCH MEMORANDUM REGARDING AUTHENTICATION
OF DOCUMENTS - CASE NO. 3:15-CV-00797 JST (SK)                        - 2 -