## She hUNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CIVIL BENCH TRIAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 4 hours, 17 minutes |
| Date: | December 12, 2016 | | |
| Case No. | **3:15-cv-00797-JST** | | |
| Case Title: | **Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.** | | |

Appearances:

    For Plaintiff:    Jon Michaelson
    Scott Kolassa
    Benjamin M. Kleinman-Green
    Holly Gaudreau
    Frances B. Cox

    For Defendant:    Karen I. Boyd
    Jennifer Seraphine
    Zhuanjia Gu
    Frank H. Busch
    Jacob S. Zweig
    Keely I. Vega

Deputy Clerk:  William Noble    Reporter:  Debra Pas / Jo Ann Bryce

Trial Begin:  December 5, 2016    Further Trial: December 13, 2016

Case No:   3:15-cv-00797-JST
Case Name:   Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.
Date:   December 12, 2016
Courtroom Deputy:   William Noble     Court Reporter:   Debra Pas / Jo Ann Bryce

Exhibits Admitted

Plaintiff:   47, 50, 54, 56, 63A, 71, 98, 99, 100

Defendant: 229, 255, 266, 277, 284, 285, 296, 308, 310, 320, 321, 326, 365, 370, 371, 372, 373, 376

Witnesses Sworn

Cindy Ievers (previously sworn), Steve Perlman

Motions heard

Plaintiff's Motion to Lift Preliminary Injunction.

Case No: 3:15-cv-00797-JST
Case Name: Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.
Date: December 12, 2016
Courtroom Deputy: William Noble    Court Reporter: Debra Pas / Jo Ann Bryce

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:34 a.m. | | | Court in session.<br><br>Hearing on Plaintiff's Motion to Lift Preliminary Injunction. After hearing argument from the parties, the Court took the motion under submission. The parties shall meet and confer regarding the submission of list of citations to the Court. Defendant's oral motion to amend was denied. | |
| 63A | | 8:45 a.m. | | X | Previously marked (on 12/05/2016). Assignment of Trademarks between MOVA and DD3. | P |
| | | 8:53 a.m. | | | Cross examination of previously sworn witness **Cindy Ievers** by Plaintiff begins. | |
| 21 | | 8:55 a.m. | | | Previously admitted. | |
| 98 | | 9:04 a.m. | X | X | Email from Greg LaSalle to Cindy Ievers dated 02/26/2013. | P |
| 50 | | 9:08 a.m. | X | X | Email from C. Ievers to S. Perlman. 02/28/2013 | P |
| 55 | | 9:10 a.m. | | | Previously admitted. | |
| 56 | | 9:11 a.m. | X | X | Email from Cindy Ievers to S. Perlman dated 03/05/2013. | P |
| 99 | | 9:13 a.m. | X | X | Email from Allan Ievers to Cindy Ievers dated 04/15/2013. | P |
| 100 | | 9:20 a.m. | X | X | Defendants' Privilege Log Dated March 11, 2016. | P |
| 54 | | 9:22 a.m. | X | X | Rearden Pay Stub to G. LaSalle. 03/05/2013 | P |
| | 309 | 9:24 a.m. | | | Previously admitted. | |
| | 302 | 9:31 a.m. | | | Previously admitted. | |
| 47 | | 9:38 a.m. | X | X | Email from C. Ievers to E. Heston. 02/14/2013 | P |
| 7 | | 9:46 a.m. | | | Previously admitted. | |

3

Case No:  3:15-cv-00797-JST
Case Name:  Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.
Date:  December 12, 2016
Courtroom Deputy:  William Noble          Court Reporter:  Debra Pas / Jo Ann Bryce

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:51 a.m. |  |  | Cross examination of witness **Cindy Ievers** by Plaintiff ends. Re-direct examination by Defendant begins. |  |
| 100 |  | 9:52 a.m. |  |  | Previously admitted. |  |
|  |  | 9:55 a.m. |  |  | Re-direct examination of witness **Cindy Ievers** ends. No re-cross examination. Witness excused. |  |
|  |  | 9:56 a.m. |  |  | Court break. |  |
|  |  | 10:17 a.m. |  |  | Court in session. Defendant calls witness **Steve Perlman**. Oath given. Direct examination by Defendant begins. |  |
| 7 |  | 10:41 a.m. |  |  | Previously admitted. |  |
|  | 261 | 10:42 a.m. |  |  | Previously admitted. |  |
|  | 265 | 10:47 a.m. | X |  | LaSalle/Perlman emails. 09/19/2012. Previously admitted as Plaintiff Exhibit 17. | D |
|  | 255 | 10:51 a.m. | X | X | Presentation entitled, "USRP Modifications." 09/13/2012 | D |
|  | 326 | 10:55 a.m. | X | X | White paper. 02/01/2015 | D |
|  | 266 | 11:01 a.m. | X | X | LaSalle/Perlman emails. 10/23/2012 | D |
| 23 |  | 11:20 a.m. |  |  | Previously admitted. |  |
| 24 |  | 11:22 a.m. |  |  | Previously admitted. |  |
|  | 371 | 11:37 a.m. | X | X | Kalin emails. 10/31/2012 | D |
|  | 370 | 11:40 a.m. | X | X | Kalin emails. 10/31/2012 | D |

4

Case No:	3:15-cv-00797-JST
Case Name:	Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.
Date:	December 12, 2016
Courtroom Deputy:	William Noble	Court Reporter:	Debra Pas / Jo Ann Bryce

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:46 a.m. | | | Court break. | |
| | | 12:06 p.m. | | | Court in session.<br><br>Direct examination of witness **Steve Perlman** by Defendant resumes. | |
| | 372 | 12:07 p.m. | X | X | Kalin emails. 11/01/2012 | D |
| | 376 | 12:09 p.m. | X | X | Kalin emails. 11/06/2012 | D |
| | 373 | 12:10 p.m. | X | X | Kalin emails. 11/06/2012 | D |
| | 277 | 12:11 p.m. | X | X | Texts. 11/12/2012 | D |
| | 365 | 12:14 p.m. | | X | Engagement letter. 10/29/2012 (Previously marked on 12/06/2016) | D |
| 45 | | 12:17 p.m. | | | Previously admitted. | |
| 48 | | 12:22 p.m. | | | Previously admitted. | |
| 59 | | 12:27 p.m. | | | Previously admitted. | |
| | 293 | 12:37 p.m. | | | Previously admitted. | |
| | 296 | 12:40 p.m. | X | X | LaSalle/Perlman emails. 03/02/2013 | D |
| | 299 | 12:41 p.m. | | | Previously admitted. | |
| | 300 | 12:43 p.m. | | | Previously admitted. | |
| | 302 | 12:44 p.m. | | | Previously admitted. | |
| | 306 | 12:45 p.m. | | | Previously admitted. | |
| 58 | | 12:47 p.m. | | | Previously admitted. | |
| | 308 | 12:53 p.m. | X | X | TriNet letter. 04/19/2013 | D |

Case No:       3:15-cv-00797-JST
Case Name:     Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC, et al.
Date:          December 12, 2016
Courtroom Deputy:   William Noble                    Court Reporter:   Debra Pas / Jo Ann Bryce

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 310 | 12:55 p.m. | X | X | Rearden Mova LLC articles of organization. 04/19/2013 | D |
|  | 284 | 12:59 p.m. | X | X | Signature page. 02/05/2013 | D |
|  | 285 | 1:01 p.m. | X | X | Perlman/LaSalle emails. 02/05/2013 | D |
|  | 320 | 1:03 p.m. | X | X | Perlman/Ulbrich emails. 05/30/2013 | D |
|  | 321 | 1:08 p.m. | X | X | Perlman/Ulbrich emails. 05/03/2013 | D |
|  | 229 | 1:19 p.m. | X | X | Patent assignment document. 02/11/2013 | D |
| 71 |  | 1:21 p.m. | X | X | Articles of organization MO2 LLC; Statement of Interest. 09/08/2014 | D |
|  |  | 1:27 p.m. |  |  | Direct examination of witness **Steve Perlman** by Defendant ends for the day.<br><br>The parties will file their Findings of Fact and Conclusions of Law by December 22, 2016.<br><br>Counsel for Plaintiff informed the Court they will not be recalling Joseph Gabriel.  The Court excused the witness. |  |
|  |  | 1:32 p.m. |  |  | Court in recess until December 13, 2016 at 8:30 a.m. |  |

6