Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Zhuanjia Gu (State Bar No. 244863)
gu@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone:  (650) 521-5930
Facsimile:  (650) 521-5931

*Attorneys for Defendants/Counterclaim Plaintiffs*
REARDEN, LLC, REARDEN MOVA, LLC,
MO2, LLC, MOVA, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,<br><br>    Plaintiff,<br><br>    v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>    Defendants/Counterclaim Plaintiffs,<br><br>    v.<br><br>SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,<br><br>    Counterclaim Defendant. | Case No.  3:15-cv-00797-JST<br><br>**CIVIL LOCAL RULE 7-13 NOTICE REGARDING SUBMITTED MATTER** |

Defendants respectfully submit this Notice Regarding a Submitted Matter pursuant to Civil Local Rule 7-13.  While Rule 7-13 expressly provides for such a notice "whenever any motion or other matter has been under submission for more than 120 days," the commentary to the rule also notes, "[t]his rule does not preclude a party from filing an earlier notice if it is warranted by the nature of the matter under submission."  *See* Civil L.R. 7-13.

A bench trial was held in this matter in December 2016.  On the last day of trial, the Court issued a tentative ruling that Defendant Rearden is the owner of the MOVA Assets.  (D.I. 394, 12/14/16 Trial Transcript.)  The Court also ruled that the preliminary injunction order entered in June 2016 (D.I. 188) would remain in effect pending a final decision.  (*Id.*)  The preliminary injunction order enjoins the use of the MOVA Assets by any party, including by Defendants.  (D.I. 188, at p. 16.)

At a February 20, 2017, press conference promoting the March 17, 2017 release of Walt Disney Pictures' *Beauty and the Beast*, the lead actors and director touted the use of MOVA technology in the film, stating that: "The facial capture [for the Beast] was done separately using a technology called 'MOVA,'" and that MOVA technology "captures the subtlety of [the Beast actor's] facial expression" to "morph it onto to the Beast, his face" such that "so much of him, this great performance, comes through" in the final movie product.[1]  Disney's CEO and producers of *Beauty and the Beast* stated that MOVA is a Digital Domain facial capture technology key to the

---

[1]. https://youtu.be/R9mKVgklgw?t=12m14s (Dan Stevens (the actor who plays the Beast) states, "The facial capture [for the Beast] was done separately using a technology called 'MOVA.' So, every ten days, two weeks, I'd go into a booth and spray my face with UV paint and 27 little cameras would capture the facial expressions of all the scenes we had done on previous days…they would take that information and morph it onto the Beast, his face…"  Emma Watson (the actress who plays Beauty) states, "I'm so pleased that we did it the way we did it because when you see Beast on screen there is something so human about him…it really captures the subtlety of Dan's facial expression and the performance that he gives...I don't think the world has seen anything like it before. I think it's really unique to our film."  Director Bill Condon states, "we had somebody that was at the emotional center of the movie, who was the romantic hero of the movie, who was going to be a CG [computer graphics] character…and it was this new process which—you know usually its dots like this [the director points to his face] and then animators fill in the dots—but actually captured every pore of Dan's skin and that's why so much of him, this great performance, comes through…").

success of the movie.[2]  The movie is projected to be one of the highest grossing movies in recent times.[3]

Defendants respectfully submit that the preliminary injunction order's limits on Defendants' ability to enforce the intellectual property rights that are a part of the MOVA Assets against third-parties—for example, the third-parties using the "MOVA" trademark in the promotion of *Beauty and the Beast*—pending a final decision by the Court warrants the filing of this notice under Civil Local Rule 7-13.  In the alternative, and if the Court deems it necessary or helpful, Defendants request a status conference be set to address the issues raised herein.

Dated: March 15, 2017                                         Respectfully submitted,

   *s/ Jennifer Seraphine*
Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Zhuanjia Gu (State Bar No. 244863)
gu@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone:  (650) 521-5930
Facsimile:  (650) 521-5931

---

[2] Variety, March 15, 2017. http://variety.com/2017/film/features/disney-live-action-beauty-and-the-beast-1202007900/ ("Digital Domain's work with the facial animation technology Mova — used to capture thousands of points on [Beast actor] Stevens' face — helps create a verisimilitude with human expression and emotion that is uncanny in the Beast, the filmmakers say. The cutting-edge technology does so while preserving the real look of Stevens' eyes. 'For everyone involved, the eyes were the most important facial feature — the window on the soul as they say — and this technology [MOVA] allowed for that,' says [Disney Producer David] Hoberman. Said [Disney CEO Robert] Iger, 'Whenever you take on one of Disney's most beloved stories, the stakes, we know, are quite high, and so are the expectations. I want to tell you this movie does not disappoint. It's beautiful, it's heartfelt, and it is fantastic.'").

[3] "Disney's New 'Beauty and the Beast' Could Break Box Office Records", Fortune, March 7, 2017. http://for.tn/2nnM9Ex,