Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Zhuanjia Gu (State Bar No. 244863)
gu@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone:  (650) 521-5930
Facsimile:  (650) 521-5931

Attorneys for Defendants
REARDEN, LLC, REARDEN MOVA, LLC,
MO2, LLC, MOVA, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,<br><br>    Intervenor Plaintiff,<br><br>    v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>    Defendants,<br><br>    v.<br><br>SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,<br><br>    Counterclaim Defendant. | Case No.  3:15-cv-00797-JST-SK<br><br>**DEFENDANTS' CORRECTION TO D.I. 402 CIV. L. R. 7-13 NOTICE REGARDING SUBMITTED MATTER** |

On March 15, 2017, Defendants filed a Notice Regarding Submitted Matter under Civ. L. R. 7-13.  Footnote 1 of that Notice includes a website link that is missing a character and therefore does not work.  The correct link is:  https://youtu.be/R9mKV_gklgw?t=12m14s

Defendants apologize for this error, and renew their request for a status conference if the Court deems it necessary or helpful.

Dated:  April 11, 2017

Respectfully submitted,

By:   */s/ Karen I. Boyd*

Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone:  (650) 521-5930
Facsimile:  (650) 521-5931

*Attorneys for Defendants*
REARDEN LLC, REARDEN MOVA LLC, MO2 LLC, MOVA LLC