**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>REARDEN, LLC, a California Limited Liability Company; et al.,<br><br>   Defendants-Appellees,<br><br> and<br><br>SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a Peoples Republic of China corporation,<br><br>   Defendant-counter-claimant. | No. 16-16107<br><br>D.C. No. 3:15-cv-00797-JST<br>Northern District of California, San Francisco<br><br>ORDER |
| VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,<br><br>   Plaintiff,<br><br> v.<br><br>REARDEN, LLC, a California Limited Liability Company; et al.,<br><br>   Defendants-Appellees, | No. 16-16355<br><br>D.C. No. 3:15-cv-00797-JST<br>Northern District of California, San Francisco |

sz/MOATT

and

SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a Peoples Republic of China corporation,

        Defendant-counter-claimant,

 v.

DIGITAL DOMAIN 3.0, INC.,

        Movant-Appellant.

Before: SILVERMAN, McKEOWN, and HURWITZ, Circuit Judges.

The parties' joint motion to transfer to the United States Court of Appeals for the Federal Circuit (Docket Entry No. 16 in No. 16-16107; No. 8 in No. 16-16355) is granted.

All other pending motions are transferred with these appeals.

**TRANSFERRED**.