KILPATRICK TOWNSEND & STOCKTON LLP
JON MICHAELSON (SBN 83815)
jmichaelson@kilpatricktownsend.com
SCOTT KOLASSA (SBN 294732)
skolassa@kilpatricktownsend.com
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650 326 2400 / Facsimile: 650 326 2422

KILPATRICK TOWNSEND & STOCKTON LLP
HOLLY GAUDREAU (SBN 209114)
hgaudreau@kilpatricktownsend.com
BENJAMIN M. KLEINMAN-GREEN (SBN 261846)
bkleinman-green@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200 / Facsimile: 415 576 0300

Attorneys for Plaintiff and Counterclaim Defendant
SHENZHENSHI HAITIECHENG SCIENCE AND
TECHNOLOGY CO., LTD. and Intervenor
VIRTUE GLOBAL HOLDINGS LIMITED

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,<br><br>Plaintiff,<br>and<br>VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,<br><br>Intervenor,<br>v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 3:15-cv-00797 JST (SK)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 6, 2017**<br><br>Date: September 6, 2017<br>Time: 2 P.M.<br>Location: Courtroom 9, 19th Floor, SF<br>Honorable Jon S. Tigar<br><br>Action Filed: February 20, 2015 |



STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM
SEPTEMBER 6, 2017 -- CIVIL ACTION NO. 3:15-CV-00797 JST (SK)

The parties, by and through their undersigned counsel, hereby stipulate that they request the Court continue the status conference set in the August 11, 2017, Statement of Decision (Dkt. No. 427) from September 6, 2017, to September 20, 2017. The request is made due to the unavailability of one party's lead counsel on September 6 and the unavailability of another party's client on September 13.

Dated: August 22, 2017

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Jon Michaelson*
JON MICHAELSON

Attorneys for Plaintiff
Shenzhenshi Haitiecheng Science and Technology Co., Ltd. and Intervenor Virtual Global Holdings, Inc.

Dated: August 22, 2017

TURNER BOYD LLP

By: */s/ Jennifer Seraphine*
JENNIFER SERAPHINE
Attorneys for Defendants REARDEN, LLC, REARDEN MOVA, LLC, MO2, LLC, and MOVA, LLC

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), Jon Michaelson hereby attests that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

*/s/Jon Michaelson*
Jon Michaelson



STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 6, 2017 -- Civil Action No. 3:15-CV-00797 JST (SK)

- 1 -

**ORDER**

The September 6, 2017, status conference in this case is continued until September 20, 2017, at ~~2 P.M.~~ 11 a.m.

**IT IS SO ORDERED.**

DATED: August 22, 2017



IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar

70070291V.2

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 6, 2017 -- Civil Action No. 3:15-CV-00797 JST (SK)

- 2 -