Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Zhuanjia Gu (State Bar No. 244863)
gu@turnerboyd.com
Keeley I. Vega (State Bar No. 259928)
vega@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,<br><br>          Plaintiff,<br><br>     and<br><br>VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,<br><br>          Intervenor,<br><br>     v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:15-cv-00797 JST (SK)<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS' MOTION FOR ENFORCEMENT OF JUDGMENT AND FOR ATTORNEYS' FEES** |

On January 11, 2019, Defendants Rearden LLC, Rearden Mova LLC, MO2 LLC and MOVA LLC (collectively, "Defendants" or "Rearden") submitted their Reply (D.I. 501) in support of their Motion for Enforcement of Judgment and for Attorneys' Fees (D.I. 499), which was made pursuant to Federal Rule of Civil Procedure 70.

Rearden noted in its Reply that there may be additional documents that its counsel could not, due to protective order provisions, review, but that may support its belief that VGH, DD3 and others retained MOVA Assets following the Preliminary Injunction entered in this case on June 17, 2016, requiring that those assets be placed into storage (D.I. 188), and the Order denying DD3's Motion to stay or modify the injunction order, dated July 15, 2016 (D.I. 243).  (*See* D.I. 501, p. 4, n.2.)

On January 14, 2019, counsel for VGH (a) made available a disk drive, with approximately 57 gigabytes of data, containing MOVA Assets, which was returned to Rearden the same day and (b) agreed to share with counsel for Rearden certain confidential documents including email correspondence between Greg LaSalle and Ken Pearce made during their time of employment at DD3.

Because these files and documents were not available to Rearden when it submitted its Reply, Rearden hereby requests permission under Civil Local Rule 7-3(d) to file the attached Supplemental Declaration of Stephen G. Perlman, which discusses the contents of the disk drive, and Supplemental Declaration of Jacob Zweig, which attaches three newly-obtained documents as Exhibits.

Dated: January 22, 2019        Respectfully submitted,

By:  /s/*Jacob Zweig*
Jennifer Seraphine (State Bar No. 245463)
Jacob S. Zweig (State Bar No. 296129)
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063

*Attorneys for Defendants*