1  Karen I. Boyd (State Bar No. 189808)
   boyd@turnerboyd.com
2  Jennifer Seraphine (State Bar No. 245463)
   seraphine@turnerboyd.com
3  Zhuanjia Gu (State Bar No. 244863)
   gu@turnerboyd.com
4  Keeley I. Vega (State Bar No. 259928)
   vega@turnerboyd.com
5  Jacob S. Zweig (State Bar No. 296129)
   zweig@turnerboyd.com
6  TURNER BOYD LLP
   702 Marshall Street, Suite 640
7  Redwood City, California 94063
   Telephone:  (650) 521-5930
8  Facsimile:  (650) 521-5931

9  Attorneys for Defendants/Counterclaim Plaintiffs
   REARDEN, LLC, REARDEN MOVA, LLC,
10 MO2, LLC, and MOVA, LLC

11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation, | Case No.  3:15-cv-00797-JST |
| Plaintiff, | **DEFENDANTS' NOTICE OF SUBMITTED MATTER** |
| and | |
| VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands, | |
| Intervenor, | |
| v. | |
| REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Civil Local Rule 7-13, Defendants Rearden LLC ("Rearden LLC"), Rearden Mova LLC, MO2 LLC, and Mova LLC (collectively "Defendants") hereby notify the Court that Defendants will not file rebuttal declarations in response to the Declaration of Benjamin M. Kleinman in Support of Opposition to Appointment of Special Master re Asset Return ("Kleinman Decl.," D.I. 515), and therefore respectfully request that the Court consider Defendants' pending Motion for Enforcement of Judgment and For Attorneys' Fees (D.I. 499) submitted.

Civil Local Rule 7-13 provides that "[w]henever any motion or other matter has been under submission for more than 120 days, a party, individually or jointly with another party, may file with the Court … that the matter remains under submission." The Commentary to this rule provides that "[t]his rule does not preclude a party from filing an earlier notice if it is warranted by the nature of the matter under submission …."

Following the February 28, 2019, hearing on Defendants' pending Motion, the Court ordered Defendants to submit supplemental declarations by March 8, 2019, Plaintiff VGH to submit responsive declarations by March 15, 2019, and that Defendants may submit rebuttal declarations by March 22, 2019. (D.I. 511). Defendants filed the Supplemental Declaration of Jacob Zweig in Support of Defendant's Motion for Enforcement of Judgment and for Attorneys' Fees on March 8. (D.I. 514). Plaintiff VGH filed the Kleinman Decl. on March 15. (D.I. 515). Defendants will not file rebuttal declarations. Defendants therefore respectfully request that the Court consider Defendants' pending Motion submitted.

Respectfully submitted,

Dated:  March 19, 2019

By:  /s/Jacob Zweig
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone:  (650) 521-5930
Facsimile:  (650) 521-5931

*Attorneys for Defendants*
REARDEN LLC, REARDEN MOVA LLC, MO2 LLC, MOVA LLC