Hon. Edward A. Infante (Ret.)
JAMS
5 Park Plaza, Suite 400
Irvine, CA 94612
Telephone: (714) 939-1300
Fax: (714) 939-8710

SPECIAL MASTER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,<br><br>Plaintiff,<br>and<br>VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,<br><br>Intervenor,<br>v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>Defendants.<br>AND RELATED COUNTERCLAIMS. | Case No. 3:15-cv-00797 JST (SK)<br><br>**ORDER DENYING REARDEN'S MOTION FOR CLARIFICATION AND MODIFICATION OF THE ORDER APPOINTING FORENSIC EXPERT** |

On August 20, 2019, the Special Master's Order Appointing Forensic Expert was filed with the court. Each party had been given a full opportunity to submit proposed orders and argue its positions with respect to the scope and duties of the forensic expert. Thereafter, Rearden submitted by email dated August 29, 2019 a request to clarify and modify the Order Appointing Forensic Expert. On September 2, 2019, Mr. Kleinman on behalf of VGH submitted an email opposing Rearden's request for clarification but accepting a modification of the date that is used to determine

1

when the MOVA assets were taken from Rearden to be April 21, 2013. On September 3, 2019, counsel for Rearden submitted a reply email. On September 4, 2019, VGH further replied to Rearden's September 3, 2019 email opposing Rearden's request.

Having considered all matters of record and the parties' submissions, I hereby find that Rearden has failed to show good cause for its requests. I hereby DENY Rearden's request for clarification and modification of the Order Appointing Forensic Expert for all of the reasons stated in VGH's submissions of September 2 and September 4, 2019. However, the date of April 21, 2013 shall be the date that is used to determine the MOVA assets were taken from Rearden.

It is further ORDERED that the forensic expert shall proceed to carry out its duties and responsibilities and shall submit a report of its progress to the Special Master and each party by October 21, 2019.

IT IS SO ORDERED.

Dated: September 4, 2019         By: _____
                                     Edward A. Infante, Special Master

## PROOF OF SERVICE BY E-Mail

Re: Shenzhenshi Haitiecheng Science and Technology Co., Ltd. vs. Rearden LLC, et al.
Reference No. 1100105909

I, Sandra Chan, not a party to the within action, hereby declare that on September 4, 2019, I served the attached ORDER DENYING REARDEN'S MOTION FOR CLARIFICATION AND MODIFICATION OF THE ORDER APPOINTING FORENSIC EXPERT on the parties in the within action by electronic mail at San Francisco, CALIFORNIA, addressed as follows:

Karen I. Boyd Esq.
Jennifer Seraphine Esq.
Zhuanjia Gu Esq.
Turner Boyd LLP
702 Marshall St
Suite 640
Redwood City, CA   94063
Tel: 650-521-5935
Email: boyd@turnerboyd.com
seraphine@turnerboyd.com
gu@turnerboyd.com
  Parties Represented:
  MO2, LLC
  Mova, LLC
  Rearden LLC
  Rearden Mova, LLC

Ms. Keeley Irene Vega
Jacob S. Zweig Esq.
Turner Boyd LLP
702 Marshall St
Suite 640
Redwood City, CA   94063
Tel: 650-521-5935
Email: vega@turnerboyd.com
zweig@turnerboyd.com
  Parties Represented:
  MO2, LLC
  Mova, LLC
  Rearden LLC
  Rearden Mova, LLC

Jon Michaelson Esq.
Kilpatrick Townsend & Stockton LLP
1080 Marsh Rd.
Menlo Park, CA   94025
Tel: 650-614-6462
Email: jmichaelson@kilpatricktownsend.com
  Parties Represented:
  Virtue Global Holdings Limited

Benjamin M. Kleinman Esq.
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center
19th Floor
San Francisco, CA   94111-3834
Tel: 415-576-0200
Email: bkleinman@kilpatricktownsend.com
  Parties Represented:
  Virtue Global Holdings Limited

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA on September 4, 2019.

*[signature]*

Sandra Chan
JAMS
SChan@jamsadr.com