Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Frank Busch (State Bar No. 258288)
busch@wvbrlaw.com
WAGSTAFFE, VONLOEWENFELDT,
BUSCH & RADWICK LLP
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,<br><br>Plaintiff,<br><br>and<br><br>VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,<br><br>Intervenor,<br>v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:15-cv-00797 JST (SK)<br><br>**STATEMENT REGARDING SPECIAL MASTER'S ORDER NO. 5:<br>EX PARTE CONFERENCE WITH COURT**<br><br>Date: September 28, 2020<br>Time: 10:00 a.m.<br>Location: Via Zoom<br>Judge: Special Master Martin Quinn<br>Action Filed: February 20, 2015 |

Defendants Rearden LLC, Rearden Mova LLC, MO2 LLC and MOVA LLC (collectively, "Rearden") have reviewed the Special Master's statement that he intends to communicate with Judge Tigar concerning the two pending motions.

Rearden does not object such consultation. Indeed, Rearden hopes the other interested parties will join it in expressing their consent so that the Special Master's desire to communicate with Judge Tigar is not delayed.

Dated: September 25, 2020                                        Respectfully submitted,

                                                             /s/      Frank Busch
                                                            Frank Busch
                                                            WAGSTAFFE, VONLOEWENFELDT,
                                                           BUSCH & RADWICK LLP
                                                           100 Pine Street, Suite 725
                                                           San Francisco, California 94111
                                                           *Attorneys for Defendants*