Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Frank Busch (State Bar No. 258288)
busch@wvbrlaw.com
WAGSTAFFE, VONLOEWENFELDT,
BUSCH & RADWICK LLP
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., a People's Republic of China corporation,<br><br>Plaintiff,<br><br>and<br><br>VIRTUE GLOBAL HOLDINGS LIMITED, a business company incorporated in the British Virgin Islands,<br><br>Intervenor,<br><br>v.<br><br>REARDEN, LLC, a California Limited Liability Company; REARDEN MOVA, LLC, a California Limited Liability Company; MO2, LLC, a California Limited Liability Company; and MOVA, LLC, a California Limited Liability Company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:15-cv-00797 JST (SK)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING USE OF "MOVA"**<br><br>Judge: Honorable Jon S. Tigar<br>Action Filed: February 20, 2015 |

## STIPULATION

WHEREAS on August 14, 2020, the Special Master found that "VGH, DD3, DDHL and Mr. [Peter] Chou violated the Court's orders by causing and permitting XRSPACE to use the brand name and trademark MOVA, which they knew had been found to be the sole property of Rearden. They knew that the Court had barred them from using and ordered them to return all MOVA assets, including the brand name and trademark MOVA." [ECF No. 565, 16:10-23].

WHEREAS, as a result, the Special Master ordered that "Mr. Chou, in his capacity as founder and chairman of XRSPACE, shall cause XRSPACE to cease all use of the MOVA brand and trademark." [ECF No. 565, 16:14-15].

WHEREAS there has been no finding in this action that XRSPACE has violated any court order;

NOW THEREFORE, it is STIPULATED as between Rearden LLC, Rearden Mova LLC, MO2 LLC and MOVA LLC and XRSPACE Co. Ltd., (collectively, the "Parties") as follows:

All persons upon whom this order is served shall take all necessary steps to stop using the MOVA brand or trademark in reference to XRSPACE or its products or services in all forms including, but not limited to, product and service branding and labeling; trademark, service mark and tradename filings; Internet references, including but not limited to websites, search results, indexes, Wikis, blogs, archives, URLs, hyperlink text, alt text, key words, advertising, advertising keywords, comments and source code; marketing and sales materials; press materials, releases, briefings and publications; social media; images; audio and video.

Dated: 11/9/2020                           Respectfully submitted,

_____                    /s/ Frank Busch
Sting Tao                                  _____
President                                  Frank Busch
XRSPACE Co., Ltd.                          WAGSTAFFE, VON LOEWENFELDT,
                                           BUSCH & RADWICK LLP
                                           100 Pine Street, Suite 725
                                           San Francisco, California 94111
                                           *Attorneys for Defendants*

### [PROPOSED] ORDER

The Court further APPROVES the Parties' stipulation and therefore it is ORDERED AND ADJUGED as follows:

All persons upon whom this order is served are hereby notified that the Court has previously found that Rearden LLC is the sole owner of the MOVA brand name and trademark, and that Rearden, XRSPACE and the Court have agreed that any use of MOVA in connection with XRSPACE and its products or services is improper. This applies to use of the MOVA name in all forms including, but not limited to, product and service branding and labeling; trademark, service mark and trade name filings; Internet references, including but not limited to websites, search results, indexes, Wikis, blogs, archives, URLs, hyperlink text, alt text, key words, advertising keywords, comments and source code; marketing and sales materials; press materials, releases, briefings and publications; social media; images; audio and video.

**IT IS SO ORDERED.**

Dated: November 18, 2020

_____
HON. JON S. TIGAR
DISTRICT COURT JUDGE