UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REARDEN LLC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00797-JST<br><br>**ORDER RE: MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 584 |

Rearden seeks to file under seal material that has been designated as confidential by non-party, DD3. ECF No. 584. DD3 has failed to file the responsive declaration(s) required by Civil Local Rule 79-5(e). The Court provides an additional four days for DD3 to file a responsive declaration or declarations. If the Court does not receive the appropriate responsive declarations within four days of the date of this order, it will deny the motion to seal as to the designated material.

**IT IS SO ORDERED.**

Dated: April 6, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge