UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TWDC ENTERPRISES 18 CORP., et al.,<br><br>        Defendants. | Case No. 22-cv-02464-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Jon S. Tigar for consideration of whether the case is related to *Shenzhenshi Haitiecheng Science and Technology v. Rearden LLC*, 15-cv-00797-JST.

**IT IS SO ORDERED.**

Dated: 5/11/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge